IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KRISTIE SMALL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| THE OFFICE OF CONGRESSMAN ) | Case No. 1:19-cv-01314-TNM |
| HENRY CUELLAR, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and LCvR 7, Defendant The Office of Congressman Henry Cuellar at the U.S. House of Representatives ("Office") respectfully moves for summary judgment on all counts of Plaintiff Kristie Small's Amended Complaint, ECF No. 5. In support of this motion, the Office respectfully submits an accompanying memorandum of points and authorities and a statement of undisputed facts, which cites to, and includes as exhibits, corroborating record evidence. A proposed order is also attached for the Court's consideration.

Date:   May 22, 2020                    Respectfully submitted,

                              By:   /s/ *Mark Stewart Hayes*
                                  /s/ *Trevor St. George Blake II*

                                  Ann R. Rogers, D.C. Bar # 441622
                                  Russell H. Gore, D.C. Bar # 449231
                                  Mark Stewart Hayes, D.C. Bar #976878
                                  Trevor St. George Blake II, D.C. Bar # 974319
                                  U.S. House of Representatives
                                  Office of House Employment Counsel
                                  4300 O'Neill House Office Building
                                  Washington, D.C.  20515

(202) 225-7075
Ann.Rogers@mail.house.gov
Russell.Gore@mail.house.gov
Mark.Hayes@mail.house.gov
Trevor.Blake@mail.house.gov

Counsel for Defendant
Office of Congressman Henry Cuellar
United States House of Representatives