IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KRISTIE SMALL, ) | |
| Plaintiff, ) | |
| v. ) | |
| THE OFFICE OF CONGRESSMAN ) | Case No. 1:19-cv-01314-TNM |
| HENRY CUELLAR, ) | |
| Defendant. ) | |

### [PROPOSED] ORDER

THIS MATTER, having come before the Court on Defendant's Motion for Summary Judgment, ECF No. ____, and the Court having considered the parties' respective submissions either supporting or opposing that motion, it is HEREBY:

**ORDERED** that Defendant's Motion for Summary Judgment is GRANTED and that this case is DISMISSED.

**SO ORDERED**.

Date:_____          _____
                                      Hon. Trevor N. McFadden
                                      United States District Judge

Copies to:

Sara McDonough
Tamara Slater
Krista Wallace
Alan Lescht & Associates, P.C.
1825 K Street, N.W., Suite 750
Washington, D.C.  20006
*Plaintiff's Counsel*

Ann Rogers
Russell Gore
Mark Hayes
Trevor Blake
U.S. House of Representatives
Office of House Employment Counsel
4300 O'Neill House Office Building
Washington, D.C.  20515
*Defendant's Counsel*