Case No. 1:19-cv-01314-TNM

# ATTACHMENT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTIE SMALL, <br><br> Plaintiff, <br><br> v. <br><br> THE OFFICE OF CONGRESSMAN HENRY CUELLAR, <br><br> Defendant. | Case No. 1:19-cv-01314-TNM |

## DECLARATION OF NINAMARIE ANDREWS

I, Ninamarie Andrews, pursuant to 28 U.S.C. §1746, declare as follows:

1. I have personal knowledge of the following.

2. Since May 2007, I have been intermittently employed by the Office of Representative Henry Cuellar ("Office"), the Defendant in the above-captioned case.

3. Since December 2017, I have been employed by the House as the Office's special assistant. Prior to that, I was employed in the Office as the office manager.

4. Given my position and tenure with the Office, I am very familiar with the Office's policies and procedures related to employment.

5. The Office was formed in 2005 after Rep. Cuellar was elected to represent Texas's 28th Congressional District ("District").

6. The Office typically employs one senior manager in the District and another senior manager in Washington, D.C.

7. In 2017, the Office lost its two most senior managers: Cynthia Lafuente-Gaona, who had served as the chief of staff and been based in the District, and Amy Travieso, who had served as the deputy chief of staff and been based in Washington.

8. With these departures, the Office's institutional memory suffered, including as to the administrative functions of the Office.

9. Even though the Family and Medical Leave Act ("FMLA") requires only unpaid leave, the Office has long provided paid FMLA leave to its employees.

10. Over the years, the Office has approved and provided FMLA leave for multiple employees and for multiple purposes, including with respect to pregnancy.

11. The Office has approved and provided FMLA leave related to the serious health conditions of employees.

12. The Office has approved and provided FMLA leave for an employee to care for a family member with a serious health condition.

13. The Office has approved and provided FMLA leave for an employee in connection with the birth of her child, including to care for and bond with her baby.

14. In support of its motion for summary judgment, the Office is providing various business records, including emails, a form that Plaintiff Kristie Small signed acknowledging that she received the Office's employee handbook when she joined the Office in June 2018, and a pregnancy-related leave request from July 2018. All of the business records the Office is submitting with its motion for summary judgment are true and correct copies, and the Office keeps them in the regular course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of May 2020.

_Ninamarie Andrews_
Ninamarie Andrews