**Case No. 1:19-cv-01314-TNM**

# **ATTACHMENT D**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTIE SMALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE OFFICE OF CONGRESSMAN ) | Case No. 1:19-cv-01314-TNM |
| HENRY CUELLAR, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF AMY TRAVIESO

I, Amy Travieso, pursuant to 28 U.S.C. §1746, declare as follows:

1. I have personal knowledge of the following.

2. From December 2008 until February 2017, I was employed by the U.S. House of Representatives.

3. Between December 2008 and April 2010, I worked as the Scheduler in the Office of Congressman Henry Cuellar ("Office"), the Defendant in the above-captioned case.

4. When I first joined the Office in 2008, I was subjected to a 90-day probationary period.

5. After leaving in April 2010 to work for another Member's office, I re-joined the Office in January 2011.

6. From January 2011 until July 2011, I was the Assistant Deputy Chief of Staff.

7. When I assumed that role, I understood that it would be for a trial period. If I performed well during that time, I would be promoted to Deputy Chief of Staff.

8. In July 2011, I became the Office's Deputy Chief of Staff. I remained Deputy Chief of Staff until February 2017, when I resigned to take a position with the U.S. Chamber of Commerce.

9. At all times during my Office employment, the Office had a policy of subjecting new hires to a 90-day probationary period.

10. As Deputy Chief of Staff, I assisted the Chief of Staff in effectuating that policy.

11. During my tenure with the Office, Congressman Henry Cuellar did not personally effectuate the policy for new hires. Depending on the position involved, that responsibility fell to the Office's District Director, Deputy Chief of Staff, or Chief of Staff.

12. I am unaware of anyone who was newly hired between 2011 and 2017 who was not subjected to a 90-day probationary period.

13. Based on my experience in the Office, I would be surprised if Congressman Cuellar, or anyone else in the Office, exempted a new hire from the Office's probationary period requirement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18 day of May 2020.

Amy Travieso

2