Case No. 1:19-cv-01314-TNM

# ATTACHMENT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTIE SMALL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:19-cv-01314-TNM |
| THE OFFICE OF CONGRESSMAN HENRY CUELLAR, | ) |
| Defendant. | ) |

## DECLARATION OF PATRICK MALLOY

I, Patrick Malloy, pursuant to 28 U.S.C. §1746, declare as follows:

1. I have personal knowledge of the following.

2. From December 2016 until May 2018, I was employed by the U.S. House of Representatives and worked in the Office of Congressman Henry Cuellar ("Office").

3. From December 2016 until October 2017, I was a Legislative Assistant/Counsel in the Office.

4. In October 2017, I became the Office's Deputy Chief of Staff.

5. At that time, I was subjected to a 90-day probationary period.

6. Because the Office was short-staffed and given the particularly heavy workload of Congressman Cuellar at the time, the Office extended that probationary period beyond 90 days.

7. I resigned before the extended probationary period ended.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of May 2020.

Patrick Malloy