**Case No. 1:19-cv-01314-TNM**

# ATTACHMENT H

**To:** Knight, Travis[Travis.Knight@mail.house.gov]; Colin Strother[colinstrother@gmail.com]
**Cc:** Sanchez, Juan[Juan.Sanchez@mail.house.gov]; Linick, Zack[Zack.Linick@mail.house.gov]; Small, Kristie[Kristie.Small@mail.house.gov]
**From:** HRC
**Sent:** Tue 6/19/2018 10:41:10 PM (UTC-04:00)
**Subject:** Re: Letter to President Trump [Draft]

Nope. Colin can you take a crack at this. He needs to come to RGV. It is no5 to the point. Simple invitation needed. Kristie please get involved more

Sent from HRC

On Jun 19, 2018, at 10:05 PM, Knight, Travis <Travis.Knight@mail.house.gov> wrote:

Sir,

Attached is a draft of a letter to President Trump inviting him to visit the border in your District. It has been reviewed by Zack and Juan.

Best,
Travis

Travis C. Knight
Legislative Assistant / Counsel
U.S. Congressman Henry Cuellar | 28th District of Texas
2209 Rayburn House Office Building | Washington, DC 20515
202.225.1640 | travis.knight@mail.house.gov

<Letter to President Trump [Draft].docx>

HC000491