Case No. 1:19-cv-01314-TNM

# ATTACHMENT I

**To:**      HRC[Cuellar28@mail.house.gov]
**From:**    Small, Kristie
**Sent:**    Mon 7/2/2018 6:33:47 PM (UTC-04:00)
**Subject:** Re: Daily Report 7/2/2018

Ok

**Kristie E. Small**
**Deputy Chief of Staff**
**Office of Congressman Henry Cuellar (TX-28)**
2209 Rayburn House Office Building
O: 202-225-1640 | F: 202-225-1641
*Sign up for Congressman Cuellar's e-newsletter here.*



On Jul 2, 2018, at 6:33 PM, HRC <Cuellar28@mail.house.gov> wrote:

> When u walk the floor tell me what people are working on. Brief email on it
>
> Sent by HRC
>
> On Jul 2, 2018, at 5:30 PM, Small, Kristie <Kristie.Small@mail.house.gov> wrote:
>
>> Daily Report 7/2/2018
>> - Attended to emails
>> - Walked the floor
>> - Edited documents
>> - Met with Juan
>> - Met with Zach
>> -  resume considerations for scheduler position
>> - Discussed various legislative issues with corresponding staff
>> - Organized Resume Submissions
>> - Reviewed press items
>> - Scheduler interviews
>>
>>
>> **Kristie E. Small**
>> **Deputy Chief of Staff**
>> **Office of Congressman Henry Cuellar (TX-28)**
>> 2209 Rayburn House Office Building
>> O: 202-225-1640 | F: 202-225-1641
>> *Sign up for Congressman Cuellar's e-newsletter here.*
>> <image001.png><image002.png><image003.png><image004.png>