Case No. 1:19-cv-01314-TNM

# ATTACHMENT J

**To:** Henry Cuellar[cuellartx28@yahoo.com]
**From:** Small, Kristie
**Sent:** Fri 7/6/2018 8:15:24 PM (UTC-04:00)
**Subject:** Re: Daily Schedule

Yes Sir.

**Kristie E. Small**
**Deputy Chief of Staff**
**Office of Congressman Henry Cuellar (TX-28)**
2209 Rayburn House Office Building
O: 202-225-1640 | F: 202-225-1641
*Sign up for Congressman Cuellar's e-newsletter here.*



On Jul 6, 2018, at 8:05 PM, Henry Cuellar <cuellartx28@yahoo.com> wrote:

> I did not walk floor   Do it everyday
>
> Sent from HRC
>
> On Jul 6, 2018, at 7:57 PM, Small, Kristie <Kristie.Small@mail.house.gov> wrote:
>
>> Sir you were here. You said when you were gone no?
>>
>> **Kristie E. Small**
>> **Deputy Chief of Staff**
>> **Office of Congressman Henry Cuellar (TX-28)**
>> 2209 Rayburn House Office Building
>> O: 202-225-1640 | F: 202-225-1641
>> *Sign up for Congressman Cuellar's e-newsletter here.*
>>
>> 
>>
>> On Jul 6, 2018, at 7:51 PM, Henry Cuellar <cuellartx28@yahoo.com> wrote:
>>
>>> Sorry that I missed it. Kristie please do yours also.
>>>
>>> Sent from HRC
>>>
>>> On Jul 6, 2018, at 10:22 AM, Hernandez, Jessica <Jessica.Hernandez@mail.house.gov> wrote:
>>>
>>>> Jessica Hernandez
>>>> **District Director**
>>>> U.S. Congressman Henry Cuellar | 28th District of Texas
>>>> 602 E. Calton Rd, Suite# 2 | Laredo, TX 78041
>>>> Office: (956)725-0639 | Fax: (956)725-2647 |
>>>> Jessica.Hernandez@mail.house.gov
>>>> *Sign up for Congressman Cuellar's e-newsletter here.*

HC000188

www.cuellar.house.gov

**From:** Hernandez, Jessica
**Sent:** Friday, July 06, 2018 8:56 AM
**To:** 'Cuellartx28'
**Cc:** Small, Kristie
**Subject:** Daily Schedule

Below is the Daily Schedule for District Staff. Can I see DC schedule for today? Thanks!

**Francis**
Issue clips and HC mentions
Event confirmations for next week
Scheduling meetings with public officials

**Mrs. Segovia**
VA & USCIS cases for closure and monitor cases
opening a couple of cases
case for John Peter Montalvo and send inquiries on them.

**Nichole**
RSVPs follow ups for Monday's visit and attending to our Access to Capital event in Starr County.

**Alexis**
Correspond with VA on pending cases
Correspond with CMS on pending case
Assist Nichole with logistics for Mondays meetings
Attend to walk-in constituents throughout the day
Field phone calls for any polling items/log on fireside
Review incoming mail and log outgoing mail
Maintain casework journal on fireside updated

**Mr. LaFuente**
Review all media in north part of district
Grant information request
Official contacts
Mail and follow ups
Others

**Nadia**


**Pete**
Working on district meeting schedule
Casework/constituent inquiries
Phone calls/walk-ins as they come


**Leslie**
Media calls SBDC event
Statement
Ag media for approval
Media list updates

Jessica Hernandez
**District Director**
U.S. Congressman Henry Cuellar | 28th District of Texas
602 E. Calton Rd, Suite# 2 | Laredo, TX 78041
Office: (956)725-0639 | Fax: (956)725-2647 |
Jessica.Hernandez@mail.house.gov
*Sign up for Congressman Cuellar's e-newsletter here.*
<image001.png><image002.png><image003.png><image004.png>
www.cuellar.house.gov