Case No. 1:19-cv-01314-TNM

# ATTACHMENT K

**To:** HRC[Cuellar28@mail.house.gov]; Voytovich, Olya[Olya.Voytovich@mail.house.gov]
**Cc:** Martinez, Leslie[Leslie.Martinez@mail.house.gov]; Sanchez, Juan[Juan.Sanchez@mail.house.gov]; Forbes, Stacy[stacy.w.forbes@mail.house.gov]
**From:** Small, Kristie
**Sent:** Tue 7/31/2018 5:27:57 PM (UTC-04:00)
**Subject:** RE: DACA PR

Yes sir.

**From:** HRC
**Sent:** Tuesday, July 31, 2018 4:39 PM
**To:** Voytovich, Olya <Olya.Voytovich@mail.house.gov>
**Cc:** Martinez, Leslie <Leslie.Martinez@mail.house.gov>; Sanchez, Juan <Juan.Sanchez@mail.house.gov>; Small, Kristie <Kristie.Small@mail.house.gov>; Forbes, Stacy <stacy.w.forbes@mail.house.gov>
**Subject:** Re: DACA PR

I don't like the second paragraph. Really.? This is a stop gap? Kristie please review

Sent from HRC

On Jul 31, 2018, at 10:35 PM, Voytovich, Olya <Olya.Voytovich@mail.house.gov> wrote:

> Sir,
>
> Do you approve of the following press release on DACA? Has been approved by Juan and Kristie.
>
> <image001.png>
> **FOR IMMEDIATE RELEASE**
> **Tuesday, July 31, 2018**
> **Olya Voytovich, DC Press Secretary**
> Olya.Voytovich@mail.house.gov
> Office: (202) 225-1640
> Cell: (202) 340-9148
>
> **Leslie Martinez, District Press Secretary**
> Leslie.Martinez@mail.house.gov
> Office: (956) 725-0639
> Cell: (956) 286-6007
>
> ## Rep. Cuellar Supports Amendment to Protect DACA Recipients from Removal
>
> *DACA Recipients who are Veterans, Active Duty Service Members and those who remain eligible are safe*
>
> **WASHINGTON—** Last week, Congressman Henry Cuellar (TX-28) supported amendments in the fiscal year 2019 Homeland Security Appropriations bill that prohibit the Department of Homeland Security (DHS) from deporting, detaining or initiating removal proceedings for Deferred Action for Childhood Arrivals (DACA) recipients.  The first amendment prohibits DHS from deporting DACA recipients who have served or are currently serving in the US Military, the second prohibits the deportation of DACA recipients more broadly, so long as they are in good standing and still meet all the requirements of eligibility for the DACA program.
>
> **"These amendments will prohibit funding to be used for the removal of DACA recipients. This is a critical step in ensuring that people who have arrived the United States, through no fault of their own, and who have been productive members of society, are protected,"** said Congressman Cuellar.
>
> **"As one of the longest and strongest supporters of DACA in Congress, I believe that it is necessary to close loopholes in order to properly address our flawed immigration system. Until my colleagues decide to find a long-term solution to this issue, Congress will be required to continue taking stopgap measures. To address this issue with common-sense provisions, I will continue to work in a bipartisan fashion for the benefit of our country's DACA**

HC000203

recipients."

<image002.jpg>

*Congressman Henry Cuellar (TX-28) speaks at the Homeland Security Appropriations Committee Markup for fiscal year 2019 in Washington.*

###

*Congressman Henry Cuellar is a member of the U.S. House Appropriations Committee. Previously, he served as a Texas State Representative and Texas Secretary of State.*
*Sign up to receive Congressman Cuellar's E-mail Newsletters*
*Click here for Congressman Cuellar's Facebook, Twitter Feed, or YouTube Channel*
**<image003.png><image004.png><image005.png><image006.png>**