Case No. 1:19-cv-01314-TNM

# ATTACHMENT M

**To:** HRC[Cuellar28@mail.house.gov]; Voytovich, Olya[Olya.Voytovich@mail.house.gov]
**Cc:** Sanchez, Juan[Juan.Sanchez@mail.house.gov]; Martinez, Leslie[Leslie.Martinez@mail.house.gov]; Colin Strother[colinstrother@gmail.com]; Hernandez, Jessica[Jessica.Hernandez@mail.house.gov]; Knight, Travis[Travis.Knight@mail.house.gov]
**From:** Small, Kristie
**Sent:** Wed 8/15/2018 2:56:33 PM (UTC-04:00)
**Subject:** RE: GSA Awards Contract for New Federal Courthouse in San Antonio

Yes Sir.

**Kristie E. Small**
**Deputy Chief of Staff**
**Office of Congressman Henry Cuellar (TX-28)**
2209 Rayburn House Office Building
O: 202-225-1640 | F: 202-225-1641
*Sign up for Congressman Cuellar's e-newsletter here.*




**From:** HRC
**Sent:** Wednesday, August 15, 2018 2:54 PM
**To:** Voytovich, Olya <Olya.Voytovich@mail.house.gov>
**Cc:** Sanchez, Juan <Juan.Sanchez@mail.house.gov>; Martinez, Leslie <Leslie.Martinez@mail.house.gov>; Colin Strother <colinstrother@gmail.com>; Small, Kristie <Kristie.Small@mail.house.gov>; Hernandez, Jessica <Jessica.Hernandez@mail.house.gov>; Knight, Travis <Travis.Knight@mail.house.gov>
**Subject:** Re: GSA Awards Contract for New Federal Courthouse in San Antonio

On my last quote u repeated Xavier. Please pay attention to details. Kristie?

Sent by HRC
On Aug 15, 2018, at 1:42 PM, Voytovich, Olya <Olya.Voytovich@mail.house.gov> wrote:

> <image001.png>
> **FOR IMMEDIATE RELEASE**
> **Wednesday, August 15, 2018**
> **Olya Voytovich, DC Press Secretary**
> Olya.Voytovich@mail.house.gov
> Office: (202) 225-1640
> Cell: (202) 340-9148
>
> **Leslie Martinez, District Press Secretary**
> Leslie.Martinez@mail.house.gov
> Office: (956) 725-0639
> Cell: (956) 286-6007
>
> # Rep. Cuellar Helps Secure $117 Million for San Antonio Federal Courthouse
> *Construction on state of the art facility slated to begin in 2019*
>
> WASHINGTON – Today, Congressman Henry Cuellar (TX-28) helped secure a $117.4 million U.S. General Services Administration (GSA) award for the construction of a new San Antonio U.S. Courthouse. This achievement comes as a result of the combined efforts of Senator John Cornyn (R-TX), as well as the bipartisan San Antonio delegation, including Lamar Smith (TX-21), Joaquin Castro (TX-20), Will Hurd (TX-23), and Lloyd Doggett (TX-35), who were united in their goal of creating this new judicial home for the Western District.

The planned 230,536 square foot federal courthouse will be located in historic downtown San Antonio at the corner of Santa Rosa Avenue and Nueva Street. The facility will house the U.S. District Courts for the Western District of Texas, U.S. Court of Appeals, U.S. Clerk of the Court, U.S. Magistrate Courts, U.S. Marshals, U.S. Attorneys, U.S. Probation and Pretrial Services, Federal Public Defender and GSA.

Under federal budgeting guidelines, funds must both be authorized and appropriated by separate committees in both the House and Senate before they can be disbursed. Congressman Cuellar secured these funds through the 2016 Omnibus Appropriations bill, which allocated $947 million for new courthouse construction projects across the country, with $117 million of that total allocated specifically for the construction of a new U.S. courthouse in San Antonio.

Congressman Cuellar worked to obtain these funds to address numerous problems at the current facility, the John H. Wood, Jr. U.S. Courthouse. Judges, jurors, prosecutors and visitors often pass defendants charged with violent crimes in corridors and conveyances around the building. The building also lacks a protected perimeter, tests positive for high levels of lead and iron contamination in its water, likely due to poor pipe construction, and is missing proper heating and air conditioning controls, not to mention asbestos and mold in and around the HVAC systems.

The construction of the new facility, slated to begin in Spring 2019, will not only address these issues, but also increase capacity to raise staffing levels and manage the litigation demands of one the nation's busiest federal judicial districts. The contract has been awarded to Brasfield & Gorrie, L.L.C., a nationally recognized construction firm with an established history of service to Texas communities. The new state of the art courthouse will meet the security, accessibility and operational needs of the courts in service to the Western District Texas.

**"The Wood Courthouse has kept the Western District going for nearly 50 years, but unfortunately it does not have the capacity to support it any longer,"** Congressman Cuellar said. **"The project to build a new courthouse was deserving of emergency appropriations because of the building's numerous problems: The building's water quality, air quality, space, safety and security issues go beyond simple repairs. I, therefore, am pleased to announce funding for the construction of a new courthouse immediately, which will transform the area and directly impact the San Antonio community."**

"I would like to thank the General Services Administration for laying out specific options and concrete next steps for this courthouse. I also thank Senator Cornyn, along with the San Antonio delegation for their steadfast advocacy on this project. Finally, I would like to thank U.S. Western District of Texas Judge Xavier Rodriguez and Chief Judge Orlando Garcia, and recognize Judge Fred Biery, Judge Xavier Rodriguez, Judge David Guaderrama, and Judge Robert Pitman, whose work on this matter has been essential."

###

*Congressman Henry Cuellar is a member of the U.S. House Appropriations Committee. Previously, he served as a Texas State Representative and Texas Secretary of State.*
*Sign up to receive Congressman Cuellar's E-mail Newsletters*
*Click here for Congressman Cuellar's Facebook, Twitter Feed, or YouTube Channel*
<image002.png><image003.png><image004.png><image005.png>

**From:** HRC
**Sent:** Wednesday, August 15, 2018 2:38 PM
**To:** Voytovich, Olya <Olya.Voytovich@mail.house.gov>
**Cc:** Sanchez, Juan <Juan.Sanchez@mail.house.gov>; Martinez, Leslie <Leslie.Martinez@mail.house.gov>; Colin Strother <colinstrother@gmail.com>; Small, Kristie <Kristie.Small@mail.house.gov>; Hernandez, Jessica <Jessica.Hernandez@mail.house.gov>; Knight, Travis <Travis.Knight@mail.house.gov>
**Subject:** Re: GSA Awards Contract for New Federal Courthouse in San Antonio

HC000220

Put Xavier R at beginning and thank him and Orlando

Sent by HRC

On Aug 15, 2018, at 1:09 PM, Voytovich, Olya <Olya.Voytovich@mail.house.gov> wrote:

> <image001.png>
> **FOR IMMEDIATE RELEASE**
> **Wednesday, August 15, 2018**
> **Olya Voytovich, DC Press Secretary**
> Olya.Voytovich@mail.house.gov
> Office: (202) 225-1640
> Cell: (202) 340-9148
>
> **Leslie Martinez, District Press Secretary**
> Leslie.Martinez@mail.house.gov
> Office: (956) 725-0639
> Cell: (956) 286-6007

# Rep. Cuellar Announces $117 Million for San Antonio Federal Courthouse

*Construction on state of the art facility slated to begin in 2019*

**WASHINGTON** – Today, Congressman Henry Cuellar (TX-28) announced a $117.4 million U.S. General Services Administration (GSA) award for the construction of a new San Antonio U.S. Courthouse. This achievement comes as a result of the combined efforts of Senator John Cornyn (R-TX), as well as the bipartisan San Antonio delegation, including Lamar Smith (TX-21), Joaquin Castro (TX-20), Will Hurd (TX-23), and Lloyd Doggett (TX-35), who were united in their goal of creating this new judicial home for the Western District.

The planned 230,536 square foot federal courthouse will be located in historic downtown San Antonio at the corner of Santa Rosa Avenue and Nueva Street. The facility will house the U.S. District Courts for the Western District of Texas, U.S. Court of Appeals, U.S. Clerk of the Court, U.S. Magistrate Courts, U.S. Marshals, U.S. Attorneys, U.S. Probation and Pretrial Services, Federal Public Defender and GSA.

Under federal budgeting guidelines, funds must both be authorized and appropriated by separate committees in both the House and Senate before they can be disbursed. Congressman Cuellar secured these funds through the 2016 Omnibus Appropriations bill, which allocated $947 million for new courthouse construction projects across the country, with $117 million of that total allocated specifically for the construction of a new U.S. courthouse in San Antonio.

Congressman Cuellar worked to obtain these funds to address numerous problems at the current facility, the John H. Wood, Jr. U.S. Courthouse. Judges, jurors, prosecutors and visitors often pass defendants charged with violent crimes in corridors and conveyances around the building. The building also lacks a protected perimeter, tests positive for high levels of lead and iron contamination in its water, likely due to poor pipe construction, and is missing proper heating and air conditioning controls, not to mention asbestos and mold in and around the HVAC systems.

The construction of the new facility, slated to begin in Spring 2019, will not only address these issues, but also increase capacity to raise staffing levels and manage the litigation demands of one the nation's busiest federal judicial districts. The contract has been awarded to Brasfield & Gorrie, L.L.C., a nationally recognized construction firm with an established history of service to Texas communities. The new state of the art courthouse will meet the security, accessibility and operational needs of the courts in service to the Western District Texas.

HC000221

"The Wood Courthouse has kept the Western District going for nearly 50 years, but unfortunately it does not have the capacity to support it any longer," Congressman Cuellar said. "The project to build a new courthouse was deserving of emergency appropriations because of the building's numerous problems: The building's water quality, air quality, space, safety and security issues go beyond simple repairs. I, therefore, am pleased to announce funding for the construction of a new courthouse immediately, which will transform the area and directly impact the San Antonio community."

"I would like to thank the General Services Administration for laying out specific options and concrete next steps for this courthouse. I also thank Senator Cornyn, along with the San Antonio delegation for their steadfast advocacy on this project. Finally, I would like to recognize Chief Judge for the U.S. Western District of Texas, Judge Orlando Garcia, and judges for the U.S. Western District of Texas: Judge Fred Biery, Judge Xavier Rodriguez, Judge David Guaderrama, and Judge Robert Pitman, whose work on this matter has been essential."

###

*Congressman Henry Cuellar is a member of the U.S. House Appropriations Committee. Previously, he served as a Texas State Representative and Texas Secretary of State.*
*Sign up to receive Congressman Cuellar's E-mail Newsletters*
*Click here for Congressman Cuellar's Facebook, Twitter Feed, or YouTube Channel*
<image002.png><image003.png><image004.png><image005.png>

**From:** HRC
**Sent:** Wednesday, August 15, 2018 1:51 PM
**To:** Voytovich, Olya <Olya.Voytovich@mail.house.gov>
**Cc:** Sanchez, Juan <Juan.Sanchez@mail.house.gov>; Martinez, Leslie <Leslie.Martinez@mail.house.gov>; Colin Strother <colinstrother@gmail.com>; Small, Kristie <Kristie.Small@mail.house.gov>; Hernandez, Jessica <Jessica.Hernandez@mail.house.gov>
**Subject:** Re: GSA Awards Contract for New Federal Courthouse in San Antonio

Thank the judges for working with us. PutLloyd at end

Sent from HRC
On Aug 15, 2018, at 12:37 PM, Voytovich, Olya <Olya.Voytovich@mail.house.gov> wrote:

> Sir,
>
> Do you approve of the following press release?
>
> <image001.png>
> **FOR IMMEDIATE RELEASE**
> **Wednesday, August 15, 2018**
> **Olya Voytovich, DC Press Secretary**
> Olya.Voytovich@mail.house.gov
> Office: (202) 225-1640
> Cell: (202) 340-9148
>
> **Leslie Martinez, District Press Secretary**
> Leslie.Martinez@mail.house.gov
> Office: (956) 725-0639
> Cell: (956) 286-6007

HC000222

# Rep. Cuellar Announces $117 Million for San Antonio Federal Courthouse

*Construction on state of the art facility slated to begin in 2019*

**WASHINGTON** – Today, Congressman Henry Cuellar (TX-28) announced a $117.4 million U.S. General Services Administration (GSA) award for the construction of a new San Antonio U.S. Courthouse. This achievement comes as a result of the combined efforts of Senator John Cornyn (R-TX), as well as the bipartisan San Antonio delegation, including, Lamar Smith (TX-21), Lloyd Doggett (TX-35) and Joaquin Castro (TX-20), and Will Hurd (TX-23), who were united in their goal of creating this new judicial home for the Western District.

The planned 230,536 square foot federal courthouse will be located in historic downtown San Antonio at the corner of Santa Rosa Avenue and Nueva Street. The facility will house the U.S. District Courts for the Western District of Texas, U.S. Court of Appeals, U.S. Clerk of the Court, U.S. Magistrate Courts, U.S. Marshals, U.S. Attorneys, U.S. Probation and Pretrial Services, Federal Public Defender and GSA.

Under federal budgeting guidelines, funds must both be authorized and appropriated by separate committees in both the House and Senate before they can be disbursed. Congressman Cuellar secured these funds through the 2016 Omnibus Appropriations bill, which allocated $947 million for new courthouse construction projects across the country, with $117 million of that total allocated specifically for the construction of a new U.S. courthouse in San Antonio.

Congressman Cuellar worked to obtain these funds to address numerous problems at the current facility, the John H. Wood, Jr. U.S. Courthouse. Judges, jurors, prosecutors and visitors often pass defendants charged with violent crimes in corridors and conveyances around the building. The building also lacks a protected perimeter, tests positive for high levels of lead and iron contamination in its water, likely due to poor pipe construction, and is missing proper heating and air conditioning controls, not to mention asbestos and mold in and around the HVAC systems.

The construction of the new facility, slated to begin in Spring 2019, will not only address these issues, but also increase capacity to raise staffing levels and manage the litigation demands of one the nation's busiest federal judicial districts. The contract has been awarded to Brasfield & Gorrie, L.L.C., a nationally recognized construction firm with an established history of service to Texas communities. The new state of the art courthouse will meet the security, accessibility and operational needs of the courts in service to the Western District Texas.

**"The Wood Courthouse has kept the Western District going for nearly 50 years, but unfortunately it does not have the capacity to support it any longer,"** Congressman Cuellar said. **"The project to build a new courthouse was deserving of emergency appropriations because of the building's numerous problems: The building's water quality, air quality, space, safety and security issues go beyond simple repairs. I, therefore, am pleased to announce funding for the construction of a new courthouse immediately, which will transform the area and directly impact the San Antonio community."**

**"I would like to thank the General Services Administration for laying out specific options and concrete next steps for this courthouse. I also thank Senator Cornyn, along with the San Antonio delegation for their steadfast work on this project."**

HC000223

*Congressman Henry Cuellar is a member of the U.S. House Appropriations Committee. Previously, he served as a Texas State Representative and Texas Secretary of State.*
*Sign up to receive Congressman Cuellar's E-mail Newsletters*
*Click here for Congressman Cuellar's Facebook, Twitter Feed, or YouTube Channel*
<image002.png><image003.png><image004.png><image005.png>

**From:** HRC
**Sent:** Wednesday, August 15, 2018 12:53 PM
**To:** Sanchez, Juan <Juan.Sanchez@mail.house.gov>
**Cc:** Voytovich, Olya <Olya.Voytovich@mail.house.gov>; Martinez, Leslie <Leslie.Martinez@mail.house.gov>; Colin Strother <colinstrother@gmail.com>; Small, Kristie <Kristie.Small@mail.house.gov>; Hernandez, Jessica <Jessica.Hernandez@mail.house.gov>
**Subject:** Re: GSA Awards Contract for New Federal Courthouse in San Antonio

Ok talk to judges

Sent from HRC
On Aug 15, 2018, at 11:51 AM, Sanchez, Juan <Juan.Sanchez@mail.house.gov> wrote:

> The 2016 Omnibus appropriations bill funded $947 million for new courthouse construction projects across the country, with $113 million of that total allocated specifically for the construction of a new 305,000 square foot U.S. courthouse in San Antonio.
>
> There were three cost estimates, two of the three estimates projected that the new redesign could be built for $113 million. The third estimate, completed by the contracting construction firm, White Construction, estimated that $130 million in construction funds. GSA had stood firm in their position that this project can be delivered for $113 million, despite disagreement from private contractors.
>
> $947 million are much too small, largely in part to a last-minute addition of a courthouse project in Harrisburg, PA that was just behind San Antonio on the AO's priority needs list. As a result, each project has been left with a construction contractor who may not be able to complete project for the approved allocation, and forcing each location to accept a new, **slimmed down design. I called the judge but he didn't answer.** I called Andrew at GSA and asked if the Judge was ok with it, he said he understood the judge was good, but have gotten from the judge himself.
>
> This award of **$117,484,181** represents a little give from GSA from the 113 million figure.
>
> **From:** HRC
> **Sent:** Wednesday, August 15, 2018 12:43 PM
> **To:** Voytovich, Olya <Olya.Voytovich@mail.house.gov>
> **Cc:** Martinez, Leslie <Leslie.Martinez@mail.house.gov>; Sanchez, Juan <Juan.Sanchez@mail.house.gov>; Colin Strother <colinstrother@gmail.com>; Small, Kristie <Kristie.Small@mail.house.gov>; Hernandez, Jessica

HC000224

<Jessica.Hernandez@mail.house.gov>
**Subject:** Re: GSA Awards Contract for New Federal Courthouse in San Antonio

Ok Juan? Why? No extra money? Let's put a quick statement out ASAP

Sent from HRC
On Aug 15, 2018, at 11:41 AM, Voytovich, Olya <Olya.Voytovich@mail.house.gov> wrote:

> Sir,
>
> Cornyn's office told us that they will not be joining us on this.
>
> **From:** HRC
> **Sent:** Wednesday, August 15, 2018 12:09 PM
> **To:** Voytovich, Olya <Olya.Voytovich@mail.house.gov>; Martinez, Leslie <Leslie.Martinez@mail.house.gov>; Sanchez, Juan <Juan.Sanchez@mail.house.gov>; Colin Strother <colinstrother@gmail.com>; Small, Kristie <Kristie.Small@mail.house.gov>; Hernandez, Jessica <Jessica.Hernandez@mail.house.gov>
> **Subject:** Fwd: GSA Awards Contract for New Federal Courthouse in San Antonio
>
> Do joint statement with Cornyn ASAP. Let city county judges know ASAP
>
> Sent by HRC
> Begin forwarded message:
>
>> **From:** "Sanchez, Juan" <Juan.Sanchez@mail.house.gov>
>> **Date:** August 15, 2018 at 11:05:33 AM CDT
>> **To:** HRC <Cuellar28@mail.house.gov>
>> **Cc:** "Voytovich, Olya" <Olya.Voytovich@mail.house.gov>, "Small, Kristie" <Kristie.Small@mail.house.gov>, "Hernandez, Jessica" <Jessica.Hernandez@mail.house.gov>, "Arguello, Pete" <pete.arguello@mail.house.gov>, "Martinez, Leslie" <Leslie.Martinez@mail.house.gov>, "Lafuente, Gilbert" <Gilbert.Lafuente@mail.house.gov>
>> **Subject: FW: GSA Awards Contract for New Federal Courthouse in San Antonio**
>>
>> GSA awarded the contract for the design and construction of the San Antonio Court House, the contract went to Brasfield & Gorrie, L.L.C. in the amount of **$117,484,181.**

HC000225

**From:** Andrew Blaylock - S <andrew.blaylock@gsa.gov>
**Sent:** Wednesday, August 15, 2018 12:01 PM
**To:** Andrew Blaylock - OCIA <andrew.blaylock@gsa.gov>
**Cc:** Jessica Jennings - S <jessica.jennings@gsa.gov>
**Subject:** GSA Awards Contract for New Federal Courthouse in San Antonio

Dear Congressional Colleagues:

The U.S. General Services Administration (GSA) today awarded a design build contract for the new San Antonio U.S. Courthouse to Brasfield & Gorrie, L.L.C. in the amount of **$117,484,181.** The award includes the cost of design, construction and related expenses.

The new 230,536 square foot federal courthouse will be located in historic downtown San Antonio at the corner of Santa Rosa Avenue and Nueva Street. The facility will house the U.S. District Courts for the Western District of Texas, U.S. Court of Appeals, U.S. Clerk of the Court, U.S. Magistrate Courts, U.S. Marshals, U.S. Attorneys, U.S. Probation and Pretrial Services, Federal Public Defender and GSA.

"GSA is pleased to announce this award for a new federal courthouse in downtown San Antonio," said GSA Regional Administrator Bobby Babcock. "The new state of the art facility will meet the security, accessibility and operational needs of the courts while helping them fulfill their important mission."

Construction on the courthouse is slated to begin in Spring 2019.

Regards,

Andrew

Andrew Blaylock
Office of Congressional and Intergovernmental Affairs
U.S. General Services Administration
1800 F Street, N.W.
Washington, D.C. 20405
Office: 202.969.7189
Email: Andrew.Blaylock@gsa.gov