**Case No. 1:19-cv-01314-TNM**

# ATTACHMENT N

**To:** Martinez, Leslie[Leslie.Martinez@mail.house.gov]
**Cc:** Voytovich, Olya[Olya.Voytovich@mail.house.gov]; Hernandez, Jessica[Jessica.Hernandez@mail.house.gov]; Small, Kristie[Kristie.Small@mail.house.gov]; Zavala, Eddie[Eddie.Zavala@mail.house.gov]
**From:** HRC
**Sent:** Fri 8/31/2018 2:58:42 PM (UTC-04:00)
**Subject:** Re: FOR APPROVAL: Congressional Report

Ok

Sent from HRC

On Aug 31, 2018, at 11:58 AM, Martinez, Leslie <Leslie.Martinez@mail.house.gov> wrote:

**Edited below:**

**Staff Spotlight: Executive Assistant Madeline Abadie**

Meet our Executive Assistant Madeline Abadie who is based in our Washington, D.C., office. Madeline is a recent graduate of Louisiana State University. In her role as the Executive Assistant, Madeline handles all aspects of my schedule, and coordinates meetings and events for staff in Washington D.C. and the district.

**From:** HRC
**Sent:** Friday, August 31, 2018 11:36 AM
**To:** Martinez, Leslie <Leslie.Martinez@mail.house.gov>
**Cc:** Voytovich, Olya <Olya.Voytovich@mail.house.gov>; Hernandez, Jessica <Jessica.Hernandez@mail.house.gov>; Small, Kristie <Kristie.Small@mail.house.gov>; Zavala, Eddie <Eddie.Zavala@mail.house.gov>; Eddie Zavala <eddiez1973@hotmail.com>
**Subject:** Re: FOR APPROVAL: Congressional Report

Info on Madeline is wrong

Sent by HRC
On Aug 31, 2018, at 10:50 AM, Martinez, Leslie <Leslie.Martinez@mail.house.gov> wrote:

**Sir, flagging the CR for you approval. Approved by Kristie. Thank you**

**From:** Martinez, Leslie
**Sent:** Thursday, August 30, 2018 4:32 PM
**To:** HRC <Cuellar28@mail.house.gov>
**Cc:** Small, Kristie <Kristie.Small@mail.house.gov>; Hernandez, Jessica <Jessica.Hernandez@mail.house.gov>; Voytovich, Olya <Olya.Voytovich@mail.house.gov>
**Subject:** FOR APPROVAL: CR

**Sir, do you approve this week's CR? It has been approved by Kristie. Thanks**

Saturday, September 1, 2018

WEBSITE | SHARE C

# Congressional Report

Take My Lates

CONNE

Dear Friends,

This week I attended various meetings with different individuals and organizations, including a series of visits with Mexican officials in Mexico City.

In the district, my office hosted a Library of Congress book giveaway in conjunction with the Imaginarium of South Texas in Laredo. My staff also attended several meetings and events including a tribute service for late Senator John McCain and a meeting with representatives from Hallmark University.

Lastly, I have included a video from the National Fire Protection Association that provides useful tips on Grilling Fire Safety to keep in mind for Labor Day Weekend.

As always, please contact one of my offices if you need assistance with any federal agency.

## Rep. Cuellar Meets with Incoming Congressman from Nuevo Laredo

On Tuesday, August 28, I met with Federal Congressman from Nuevo Laredo Salvador Rosas to discuss the recent bilateral trade agreement between Mexico and the U.S., as well as the future of NAFTA. Pictured from left to right: Mexican Congressman Salvador "Chava" Rosas and Congressman Henry Cuellar.

## Rep. Cuellar Meets with Mexican President Elect's Chief of Staff

On Wednesday, August 29, I met with Mexican President Elect's Chief of Staff Alfonso Romo Garza in Mexico City to talk about the recent bilateral trade

LATEST N

- KVEO, 8/ Million in F Funding fo County La Enforceme
- KVEO, 8/ Million For Income Ho Programs County
- KVEO, 8/ Representa Cuellar on Passing of John S. Mc
- Texas M 8/27: Trun Announces States Ent Trade Dea Mexico Th Replace N/
- KGNS, 8/ Congressm Cuellar dis future of N
- El Period 8/28: El Co Cuellar aur

HC000606

agreement, the future of NAFTA, and what it means for both countries moving forward. Pictured from left to right: Chief of Staff Alfonso Romo Garza and Congressman Henry Cuellar.

## Rep. Cuellar Meets with Secretary General for the Mexican Congress

On Wednesday, August 29, I had the opportunity to meet with Secretary General for the Mexican Congress Mauricio Farah Gebara to talk about the incoming leadership and trade relations between the U.S. and Mexico. Pictured from left to right: Congressman Henry Cuellar and Secretary General for the Mexican Congress Mauricio Farah Gebara.

## Rep. Cuellar Visits Mexican National Agro-Alimentary Health, Safety and Quality Service Department

On Wednesday, August 29, I had a productive meeting with Mexican National Agro-Alimentary Health, Safety and Quality Service (SENASICA) Director General Lic. Armando Cesar Lopez Amador and Chief Enrique Sanchez Cruz. We discussed issues of concern related to agricultural products and trade. Pictured from left to right: Congressman Henry Cuellar and Chief Enrique Sanchez Cruz.

## Recognizing Laredoan for 40 Years of Public Service

On Wednesday, August 15, my Outreach Coordinator for La Salle, Webb, and Zapata counties Francis Atwell presented a Congressional Certificate of Recognition to Ms. Grace Sepulveda for her 40 years of service at the Federal Courthouse in Laredo. Pictured from left to right are Grace Sepulveda and Francis Atwell.

## Library of Congress Book Giveaway in Laredo

transparen
supervisior
centros de
de inmigra

- El Period
8/28: Se
incrementa
empleos ca

- El Period
2/28: Mas
millones pa
nuevo proc
UTRGV

- San Anto
Express Ne
Trump's bo
boast runs
budget ma

- El Financ
8/30: Cana
que estar e
Acuerdo: C

**Neighborhoo
Hours**

**Tuesday, Sep**

**Northea**
Selma Stage St
Cente
9374 Valh
9:30am-10
Selma,

Universal City
Librar
100 Northvi
11:00am - 1
Universal C

Live Oak Ci
8001 Shin C
1:30pm - 2
Live Oak,

On Sunday, August 26, my Outreach Coordinator for La Salle, Webb, and Zapata counties Francis Atwell attended the Imaginarium of South Texas Library of Congress Book Giveaway which my office hosted in conjunction with the Imaginarium of South Texas in Laredo. At the event, he read to the children and spoke to them about the importance of reading and education. My office donated books from the Library of Congress for this event. Pictured above is Francis reading to students from Freedom Elementary School and Trautman Elementary School.

## Rep. Cuellar's Outreach Coordinator Attends Senator John McCain Memorial

On Wednesday, August 29, my Outreach Coordinator for Bexar County Pete Arguello attended a tribute ceremony for the late Senator John McCain hosted by the American Legion Alamo Post 2 in San Antonio. The U.S. Flag was flown at half-mast along with laying of wreaths for Senator McCain. Pictured from left to right are Post Commander Emilio Fuentes, Pete Arguello, and Post Member Steve Maley.

## Rep. Cuellar's Outreach Coordinator Meets with Representatives from Hallmark University

On Thursday, August 30, my Outreach Coordinator from Bexar County Pete Arguello met with administrators from Hallmark University. They provided background on the state of the university and on the initiatives related to the recent appropriation announcement for low-income students and Hispanic education. Pictured from left to right: Vice-President of Advancement Clarence R. "Reggie" Williams, President Brent Fessler, Outreach Coordinator Pete Arguello; Director of Advancement Jennifer Berglund, and Director of Constituent Services Natalie Doyle.

## Staff Spotlight: Executive Assistant Madeline Abadie

Meet our Executive Assistant Madeline Abadie who is based in our

**Centr**
Falcon Commu
Third at Ra
9:15am-10
Falcon,

Zapata Co
Courtho
200 E. 7th
11:00am- 1
Zapata,

San Ygn
(Call for appo
1:00pm-
San Ygnac

**South**
Mission Cit
1201 E 8th
9:00am- 10
Mission,

Palmview Mult
Ctr
406 West Vete
10:15am- 1
Palmview

Palmhurst C
4417 North Sh
11:30am- 1
Palmhu
(call for appo

**Thursday, Se**
**6**

**North**
Sandy O
(Call for appo
9:00am-9:
Sandy Oak

Pleasanton
108 2nd S
10:00am-11
Pleasanto

Jourdanton
Courthous
Courthouse

Washington, D.C., office. Madeline is a recent graduate of Louisiana State University. In her role as the Executive Assistant, Madeline handles all aspects of my schedule, and coordinates meetings and events for staff in Washington D.C. and the district.

12:30pm-2
Jourdanto




Charlotte

## Intern Spotlight: Celeste Gomez

**Soutl**
Penitas Cit
FM 142
9:00am-10
Penitas,

Meet our intern Celeste Gomez. She is a freshman at Laredo College, where she is pursuing a degree in Business. She completed her summer internship in our Laredo office. To learn more about Celeste and our other interns, please click here.

La Joya Senio
Cente
925 Lee S
10:10 am-11
La Joya,

## Congressional App Challenge: Last weeks to register!

Sullivan Cit
500 Cen
11:10am- 12
Sullivan Cit

The Congressional App Challenge is a nationwide competition intended to engage high school students' creativity and encourage their participation in STEM Fields, and it gives students the opportunity to create and exhibit their software application for mobile phone, tablet, or computer devices on a coding platform of their choice.

Register online by September 10 and stay tuned for more updates.
For application and additional information click here.

## National Fire Protection Association: Grilling Fire Safety Tips

This video from the National Fire Protection Association provides useful tips on Grilling Fire Safety. Knowing a few fire safety tips and following instructions will help everyone have a safe summer and Labor Day Weekend.

Sincerely,

Henry Cuellar

NOTE: Please DO NOT respond to this email as this inbox is unattended. To contact my office please click here

UPDATE SUBSCRIPTION OPTIONS | PRIVACY POLICY | CONTACT US

Click Here to view this email in your browser
Click Here to be removed from this list