Case 1:19-cv-01314-TNM   Document 20-18   Filed 05/22/20   Page 1 of 5

Case 1:19-cv-01314-TNM   Document 20-18   Filed 05/22/20   Page 1 of 5

Case No. 1:19-cv-01314-TNM

# ATTACHMENT O

**To:** HRC[Cuellar28@mail.house.gov]
**Cc:** Hernandez, Jessica[Jessica.Hernandez@mail.house.gov]
**From:** Small, Kristie
**Sent:** Tue 7/17/2018 6:06:50 PM (UTC-04:00)
**Subject:** Difficult Constituent Training
Dealing With Difficult Constituents.doc
Customer Complaint Scripts.docx

**Kristie E. Small**
**Deputy Chief of Staff**
**Office of Congressman Henry Cuellar (TX-28)**
2209 Rayburn House Office Building
O: 202-225-1640 | F: 202-225-1641
*Sign up for Congressman Cuellar's e-newsletter here.*



**Be part of the solution, not part of the problem.**

The first area is to allow the constituent to vent their feelings. It is unreasonable and inappropriate for us to interrupt a customer and ask them to "calm down" when they may have been trying to solve this problem for days!

### Pause

Allows the constituent to express themselves and vent their emotion. Anything we say at this point will only serve to fan the flames.

### Acknowledge

This is our chance to show empathy and to demonstrate that we are taking the constituent seriously.

### Clarify

We need to understand the detail to make sure that we fully understand the issues. We need to do this with tact and patience. It is also worth explaining to the constituent why you need to ask these extra questions. Remember the constituent may have explained this before!

### Respond

Having diffused the emotion, taken the issue seriously and understood the detail, now we are ready to respond. Our response needs to be positive and appropriate. We also need to ensure that we are not over promising. If you say you're going to do something, ensure you do it-or you will have an even more difficult constituent to deal with.

### Focus on what we can do

Never start with an "I can't." Always explain the "I can…" first. Describe what we are able to do and try to present this as a choice for the customer.

### Tone

Use a tone that conveys that you are taking the customer's issue seriously, but then try adjusting it gradually so when you are presenting the solution options you are upbeat and positive. Good news delivered in the wrong tone will still sound like bad news.

### In their shoes

Use your communication skills to understand the problem and user your natural empathy to step into the constituent's shoes. Your actions at this part of the journey have a massive impact on their regard for the company.


### Creating a L.A.S.Ting impression

A simple way to approach a customer issue large or small is to take the L.A.S.T approach.

**L**ISTEN
**A**POLOGISE
**S**OLVE
**T**HANK

### Listen
An angry constituent will have been thinking for some time about what they are going to say when they get through. They may have mentally rehearsed it too. The last thing they will want is an interruption.

It is vital that we really listen as the person will not appreciate having to repeat themselves. Allow them to explain what has happened and listen hard to get the details.

HC000496

### Apologize

We are not accepting any liability when we apologise, but we are expressing our sympathy that someone is upset. It needs to be sincere and well timed.

E.g.- I am sorry you have had that experience
   I'm sorry this has happened to you.

### Solve

There are several parts to this phase. Firstly, we need to be sure of the root-cause. This will need effective questioning with your funnel. When we are sure of the issue we present possible solutions. The presentation of this is key and we need to consider how we'd like the customer to feel.

| We want the customer to feel | We don't want the customer to feel |
|---|---|
| Reassured | No trust |
| They have been listened to | Brushed off |
| We care | They don't matter |
| Impressed with our handling of the issue | Even more disappointed |

### Thank

This is our opportunity to thank the constituent for a couple of things.

- Giving us a chance to fix their problem
- Bringing it to our attention
- Their patience

Follow up

E.g.- I am just calling to check in with you and give you the status of your request.

### Be Professional

Our emotions need to be managed. If we respond with negative emotion the situation will escalate. We must choose our attitude and have compassion with the customer.

Remember they are angry. We decide if we are part of the problem or part of the solution in choosing our reaction to the call.

### Key Learnings

- Allow a customer to vent their frustration
- Really listen to them and seek clarity where necessary
- Never react with emotion
- Choose your attitude
- Be sincere and authentic
- Present solutions in a positive way
- Give customers choice
- Always follow through.

Source: http://www.callcentreconnect.co.uk/call_centre_training

**Customer Complaint: Disagreement on a Vote**

Your customer says: *"I do not agree with the way the Congressman voted on HR123."*

You say: *"Thank you for your concerns on this issue. I will be sure to relay this to the Congressman."*

**Customer Complaint: Dissatisfaction with Congress**

Your customer says **"***The Democrats aren't doing their job.***"**

You say: *"Thank you for your concerns in regards to Congress. I will be sure to relay this to the Congressman."*

**Customer Complaint: Too Many Rules**

Your customer says: *"Your policies are rigid. Your company "Congress" is so bureaucratic."*

You say: *"I'm sorry these processes take so much time. I assure you we are doing everything we can to move your case along.*

**Customer Complaint: Rude Service**

Your customer says: *"Your staff was rude and totally unprofessional."*

You say: *"You are right to expect courteous, respectful, and professional staff. Let me help you. What can I do for you?"*

**Customer Complaint: Too Slow**

Your customer says: *"I've been waiting forever. Why is it taking so long for my concerns to be addressed?"*

You say: *"We understand your concerns. We are doing everything we can to resolve this issue.*

HC000498