Case No. 1:19-cv-01314-TNM

# ATTACHMENT S

| | |
|---|---|
| To: | HRC[Cuellar28@mail.house.gov] |
| Cc: | Voytovich, Olya[Olya.Voytovich@mail.house.gov]; Small, Kristie[Kristie.Small@mail.house.gov] |
| From: | Martinez, Leslie |
| Sent: | Fri 9/7/2018 5:17:33 PM (UTC-04:00) |
| Subject: | FW: FOR APPROVAL: Releases for Monday |

Edited below

# Rep. Cuellar Announces Laredo College as a National Center of Academic Excellence in Cybersecurity

*Laredo College Cybersecurity Program Receives National Recognition*

**From:** HRC
**Sent:** Friday, September 7, 2018 4:12 PM
**To:** Martinez, Leslie <Leslie.Martinez@mail.house.gov>
**Cc:** Voytovich, Olya <Olya.Voytovich@mail.house.gov>; Hernandez, Jessica <Jessica.Hernandez@mail.house.gov>; Small, Kristie <Kristie.Small@mail.house.gov>; Abadie, Madeline <Madeline.Abadie@mail.house.gov>
**Subject:** Re: FOR APPROVAL: Releases for Monday

Take out recognizes in title. It doesn't flow

Sent by HRC
On Sep 7, 2018, at 4:10 PM, Martinez, Leslie <Leslie.Martinez@mail.house.gov> wrote:

> Sir, also flagging below edits for your approval. Approved by Kristie
>
> **From:** Martinez, Leslie
> **Sent:** Friday, September 7, 2018 3:35 PM
> **To:** HRC <Cuellar28@mail.house.gov>
> **Cc:** Voytovich, Olya <Olya.Voytovich@mail.house.gov>; Hernandez, Jessica <Jessica.Hernandez@mail.house.gov>; Small, Kristie <Kristie.Small@mail.house.gov>; Abadie, Madeline <Madeline.Abadie@mail.house.gov>
> **Subject:** RE: FOR APPROVAL: Releases for Monday
>
> Yes sir,
> Edited below and attached approved by Kristie.
>
> <image001.png>
> **FOR IMMEDIATE RELEASE**
> **Monday, September 10, 2018**
> **Olya Voytovich, DC Press Secretary**
> Olya.Voytovich@mail.house.gov
> Office: (202) 225-1640
> Cell: (202) 340-9148
>
> **Leslie Martinez, District Press Secretary**
> Leslie.Martinez@mail.house.gov
> Office: (956) 725-0639
> Cell: (956) 287-6007

# Rep. Cuellar Announces Laredo College as a National Center of Academic Excellence in Cybersecurity

*Laredo College Cybersecurity Program Receives National Recognition*

**LAREDO, TEXAS—** Today, Congressman Henry Cuellar (TX-28) and representatives from Laredo College announced Laredo College was recently recognized as a National Center of Academic Excellence in Cyber Security. The goal of the National Centers of Excellence is to reduce the vulnerability of our nation's information infrastructure by promoting higher education and research in cyber defense, and by prioritizing the development of professionals with this expertise. Laredo College was recently designated as a National Center of Academic Excellence in Cyber Defense Education institution by the Department of Homeland Security (DHS) and the National Security Agency (NSA). The college has undergone an in-depth and rigorous academic program review making it one of only seven two-year schools in Texas, and one of only 78 two-year schools nation-wide to receive this prestigious designation.

The National Security Council has stated that cyber-attacks have become "one of the most serious economic and national security threats our nation faces." However, industries in the 28th District of Texas and across the nation are faced with shortages of cyber professionals. The U.S. currently has a shortage of roughly 300,000 Cyber Defense specialists. This makes it increasingly difficult for communities to keep up with the cyber security demand. With this in mind, Congressman Cuellar helped pass the 2018 Omnibus Appropriations bill which provided $1.9 billion for Cybersecurity and Protection of Communications to combat increasingly dangerous and numerous cyber-attacks. Congressman Cuellar has also called for additional Cybersecurity Strategic Research and Development plans to strengthen cybersecurity education and training programs to secure an adequate, well-trained workforce.

**"With new technological advances being made every day, so are attacks and repeated intrusions to America's critical infrastructure,"** said Congressman Cuellar. **"This underscores the need for improved cybersecurity and the workforce to counter these dangers. That's why programs such as the Network and Cyber Security Program here at Laredo College, and the faculty who devote their expertise to this field, are so critical."**

Congressman Cuellar continued, **"I would like to congratulate Laredo College President Dr. Ricardo Solis, Vice President Dr. Vincent Solis, and the Board of Trustees for this incredible accomplishment and wish them continued success with all of their future academic endeavors."**

Department Chair of the Computer Technology Department of Laredo College Mr. Robert Moore said, "We are honored to have Laredo College and our Network & Cybersecurity program recognized for excellence in cyber defense. We now belong to an elite NSA/DHS consortium of over 265 collegiate programs that have received this designation. We will proudly and diligently contribute to the goals and mission of the organization in producing an effective national cybersecurity workforce."

President of Laredo College Dr. Ricardo Solis added, "Not only do we provide high caliber academic cybersecurity programs through our Computer Technology Department, we also provide short-term industry recognized cybersecurity analyst certifications through our Laredo College Economic Development Center."

###

*Congressman Henry Cuellar is a member of the U.S. House Appropriations Committee. Previously, he served as a Texas State Representative and Texas Secretary of State.*
*Sign up to receive Congressman Cuellar's E-mail Newsletters*
*Click here for Congressman Cuellar's Facebook, Twitter Feed, or YouTube Channel*

<image002.png><image003.png><image004.png><image005.png>

<image001.png>
**PARA DESPACHO INMEDIATO**
**Lunes, 10 de septiembre 2018**

**Olya Voytovich, Secretaria de Prensa Washington DC**

HC000360

Olya.Voytovich@mail.house.gov
Oficina: (202) 225-1640
Celular: (202) 340-9148

**Leslie Martinez, Secretaria de Prensa del Distrito**
Leslie.Martinez@mail.house.gov
Oficina: (956) 725-0639
Celular: (956) 286-6007

# El Congresista Cuellar anuncia reconocimiento de Laredo College como Centro Nacional de Excelencia Académica en Ciberseguridad

*El Programa de Ciberseguridad de Laredo College recibe reconocimiento nacional*

**LAREDO, TEXAS**- Hoy, el Congresista Henry Cuellar (TX-28) y representantes del Laredo College anunciaron que Laredo College fue recientemente reconocido como Centro Nacional de Excelencia Académica en Seguridad Cibernética. El objetivo de los Centros Nacionales de Excelencia es reducir la vulnerabilidad de la infraestructura de información de nuestro país al promover la educación superior y la investigación en ciberdefensa, y priorizando el desarrollo de profesionales en este ámbito. Laredo College fue designado recientemente como un Centro Nacional de Excelencia Académica de Educación de Defensa Cibernética por el Departamento de Seguridad Nacional (DHS) y la Agencia de Seguridad Nacional (NSA). La institución ha sido sometida a una rigurosa y profunda revisión del programa académico por lo que uno de solo siete escuelas de dos años en Texas, y uno de solo 78 escuelas de dos años en todo el país reciben esta prestigiosa designación.

El Consejo de Seguridad Nacional ha declarado que los ciberataques se han convertido en "una de las amenazas más serias de seguridad económica y nacional que enfrenta nuestra nación." Sin embargo, las industrias en el Distrito 28 de Texas y en todo el país enfrentan escasez de profesionales cibernéticos. Los Estados Unidos sufre una escasez de aproximadamente 300,000 especialistas en defensa cibernética. Esto hace que sea cada vez más difícil para las comunidades mantenerse al día con la demanda de seguridad cibernética. Con esto en mente, el Congresista Cuellar ayudó a aprobar el proyecto de ley Omnibus Appropriations de 2018 que proporcionó $1.9 mil millones de dólares para la Seguridad y Protección de Comunicaciones Cibernéticas para combatir ataques cibernéticos cada vez más peligrosos y numerosos. El Congresista Cuellar también ha pedido planes adicionales de Investigación y Desarrollo Estratégico de Ciberseguridad para fortalecer los programas de educación y capacitación en seguridad cibernética para asegurar una fuerza laboral adecuada y bien capacitada.

**"Día a día se llevan a cabo nuevos avances tecnológicos, y también nuevos avances en los ataques y las intrusiones repetidas a la infraestructura de los Estados Unidos,"** dijo el Congresista Cuellar. **"Esto acentúa la necesidad de mejorar la ciberseguridad y la fuerza laboral para contrarrestar estos peligros. Es por eso que los programas tales como el Programa de Red y Seguridad Cibernética aquí en Laredo College, y los profesores y miembros de la facultad que dedican su experiencia a este campo son tan críticos."**

El Congresista Cuéllar continuó: **"Me gustaría felicitar al Dr. Ricardo Solís, Presidente de Laredo College, al Vicepresidente Dr. Vicente Solís y a la Junta de Fideicomisarios por este increíble logro y les deseo éxito con todos sus esfuerzos académicos en el futuro."**

El Sr. Robert Moore, presidente del Departamento de Tecnología Informática de Laredo College dijo, "Nos sentimos honrados de reconocer a Laredo College y a nuestro programa de Redes y Ciberseguridad por su excelencia en defensa cibernética. Ahora pertenecemos a un consorcio élite de la NSA / DHS de más de 265 programas universitarios que han recibido esta designación. Contribuiremos orgullosa y diligentemente a los objetivos y la misión de la organización en la producción de una fuerza laboral de ciberseguridad nacional efectiva."

El Presidente de Laredo College, Dr. Ricardo Solís, agregó: "No solo proporcionamos programas de ciberseguridad académica de alto calibre a través de nuestro Departamento de Tecnología Informática, sino que también

proporcionamos certificaciones de analistas de seguridad cibernética a corto plazo a través de nuestro Centro de Desarrollo Económico de Laredo College."

###

*El Congresista Henry Cuéllar es miembro del Comité de Asignaciones de la Cámara de Representantes de los Estados Unidos.*
*Anteriormente, fue Representante Estatal para la Cámara de Representantes de Texas y Secretario del Estado de Texas.*

*Suscríbase al boletín semanal de información del Congresista Cuéllar.*
*Conecte con el Congresista Cuellar en Facebook, Twitter, o YouTube.*

**<image002.png><image003.png><image004.png><image005.png>**

**From:** HRC
**Sent:** Friday, September 7, 2018 3:21 PM
**To:** Martinez, Leslie <Leslie.Martinez@mail.house.gov>
**Cc:** Voytovich, Olya <Olya.Voytovich@mail.house.gov>; Hernandez, Jessica <Jessica.Hernandez@mail.house.gov>; Small, Kristie <Kristie.Small@mail.house.gov>; Abadie, Madeline <Madeline.Abadie@mail.house.gov>
**Subject:** Re: FOR APPROVAL: Releases for Monday

Title?  I can not recognize them a Cybersecurity center. Change it

Sent from HRC
On Sep 7, 2018, at 3:19 PM, Martinez, Leslie <Leslie.Martinez@mail.house.gov> wrote:

> Sir, do you approve the attached **Laredo College Cybersecurity** and **Laredo Airport Noise Mitigation** releases in **English and Spanish**?
> They have been reviewed by staff and approved by Kristie.
>
> Thanks
>
> **Leslie D. Martinez**
> District Press Secretary
> **Office of Congressman Henry Cuellar (TX-28)**
> 602 E. Calton Road, Suite 2
> Laredo, TX 78041
> O: 956-725-0639| M: 956-286-6007 | F: 956-725-2647
> *Sign up for Congressman Cuellar's e-newsletter here.*
> <image001.png><image002.png><image003.png><image004.png>
>
> <09.10.18 LC Cybersecurity Releases.pdf>
> <09.10.18 Noise Mitigation Grant Releases.pdf>

HC000362