Case No. 1:19-cv-01314-TNM

# ATTACHMENT T

**To:** HRC[Cuellar28@mail.house.gov]; Martinez, Leslie[Leslie.Martinez@mail.house.gov]
**Cc:** Voytovich, Olya[Olya.Voytovich@mail.house.gov]; Hernandez, Jessica[Jessica.Hernandez@mail.house.gov]
**From:** Small, Kristie
**Sent:** Mon 9/10/2018 4:07:14 PM (UTC-04:00)
**Subject:** RE: FOR HC APPROVAL: Social media

Yes, Sir.

# Kristie E. Small
# Deputy Chief of Staff
# Office of Congressman Henry Cuellar (TX-28)

2209 Rayburn House Office Building
O: 202-225-1640 | F: 202-225-1641
*Sign up for Congressman Cuellar's e-newsletter here.*



**From:** HRC
**Sent:** Monday, September 10, 2018 4:06 PM
**To:** Martinez, Leslie <Leslie.Martinez@mail.house.gov>
**Cc:** Voytovich, Olya <Olya.Voytovich@mail.house.gov>; Hernandez, Jessica <Jessica.Hernandez@mail.house.gov>; Small, Kristie <Kristie.Small@mail.house.gov>
**Subject:** Re: FOR HC APPROVAL: Social media

Kristie there is a mistake. Please catch things. 1,00??

Sent from HRC
On Sep 10, 2018, at 3:04 PM, Martinez, Leslie <Leslie.Martinez@mail.house.gov> wrote:

> **Sir, flagging the below social media. Do you approve the below posts for today?**
> **Thanks**
>
> <image004.png>
>
> FB:
> Last week, I met with Mark and Mary Kay Liston representing the International Franchising Association (IFA) to discuss the positive impact of franchising in the district. According to the IFA, there are approximately 1,00 franchises in District 28 that employ over 11,000 people. Pictured from left to right: Congressman Henry Cuellar, Mary Kay Liston, and Mark Liston
>
> Twitter:
> Last week, I met with Mark and Mary Kay Liston representing the @Franchising411 to discuss the positive impact of #franchising in the district. According to the IFA, there are approximately 1,00 franchises in District 28 that employ over 11,000 people.
>
> <image005.png>
>
> FB/Twitter:
> On Saturday, my staffer, Patrick O'Connor, had the honor of meeting Heriberto Saldivar of Laredo, TX at the Korean War Veterans Memorial for the 2018 Laredo Veterans Hero Flight. Mr. Saldivar served his country during the #VietnamWar. World War II Veteran David Rankin and Korean War Veteran Manuel Ramirez were also present in

HC000391

Washington, D.C. We thank them for their service.

## Social Media Posts 9/10/2018
### "Laredo College Cyber Security Conference" - Olivia

<image006.jpg>

**FB:**
Today, I spoke at a press conference celebrating Laredo College's designation as a National Center of Academic Excellence in Cyber Defense Education institution by the U.S. Department of Homeland Security. The cybersecurity research and education conducted at Laredo College will ensure a stronger defense against an ever-growing online threat. Pictured from left to right: Mr. Abdul Mohamed, Nestor Seratto, Ana Proa, Enrique Garcia, Raymundo Fuentes, Department Chair Robert Moore, Congressman Henry Cuellar, Laredo College President Dr. Ricardo Solis, Dr. Rodney Rodriguez, Tekuani Perez, and Hassan Escamilla

**Twitter:**
Today, I spoke at a press conference celebrating @laredopalominos' designation as a National Center of #AcademicExcellence in #CyberDefense Education institution by @DHSgov. The #cybersecurity research they conduct will reinforce our defense against an expanding online threat.

### "Noise Mitigation Grant Announcement"

<image007.jpg>

**FB:**
Today, I joined Laredo Mayor Pete Saenz @MayorPeteSaenz, and Laredo city officials, in announcing the $2 million Noise Mitigation Grant provided by the Federal Aviation Administration (FAA) @FAA at Laredo International Airport. The dramatic success and expansion of the Laredo International Airport does not need to have a negative effect on those living in nearby neighborhoods. We must assure they are heard and taken care of during this process. The FAA grant will be used to help finance the airport's ongoing efforts to reduce noise for residential areas close to the airport. The City of Laredo anticipates that this grant will help reduce noise complaints for approximately 108 residents, or 27 homes. Pictured from left to right: Congressman Henry Cuellar, Laredo City Manager Horacio de Leon , Laredo Mayor Pete Saenz, District 5 Councilwoman Nelly Vielma, District 6 Mayor Pro Tempore Charlie San Miguel, Executive Director of Transportation Mario Maldonado, Assistant Airport Director Elsy Borgstedt, and Deputy City Manager Cynthia Collazo

**Twitter:**
Today, I joined Laredo Mayor Pete Saenz @MayorPeteSaenz, and Laredo city officials, in announcing the Noise Mitigation Grant provided by the Federal Aviation Administration (FAA) @FAANews at Laredo International Airport. The FAA grant will be used to help finance the airport's ongoing efforts to reduce noise for residential areas close to the airport. The City of Laredo anticipates that this grant will help reduce noise complaints for approximately 108 residents, or 27 homes. @cityoflaredo

### "DOJ Justice for Families Award Grant Announcement"

<image003.jpg>

**FB:**
In a press conference today, I announced the awarding of $550,000 in federal funds, from the Department of Justice's Justice for Families program, to Webb County to improve the response of all aspects of the civil and criminal justice systems to families with a history of domestic violence, dating violence, sexual assault, stalking, or in cases involving allegations of child sexual abuse. This funding will support a series of activities for improving the capacity of courts and communities to respond to families affected by the targeted crimes.
Pictured from left to right, top row: Commissioner Pct. 4 Jaime Canales and Commissioner Pct. 1 Jesse Gonzalez, bottom row: Congressman Henry Cuellar, Commissioner Pct. 2 Rosaura Wawi Tijerina, Casa de Misericordia Executive Director Sister Rosemary Welsh, Webb County Judge Tano Tijerina, 406th District Court Judge O.J. Hale, and Commissioner Pct. 3 John Galo

**Twitter:**

Today, I announced the awarding of $550,000 in federal funds to Webb County from the @TheJusticeDept 's Justice for Families program. This #grant will help in our community-wide effort to #enddomesticviolence and violence against women and children.

HC000393