Case No. 1:19-cv-01314-TNM

# ATTACHMENT U

**To:** Martinez, Leslie[Leslie.Martinez@mail.house.gov]
**Cc:** Voytovich, Olya[Olya.Voytovich@mail.house.gov]; Small, Kristie[Kristie.Small@mail.house.gov]; Hernandez, Jessica[Jessica.Hernandez@mail.house.gov]
**From:** HRC
**Sent:** Thur 10/4/2018 5:11:26 PM (UTC-04:00)
**Subject:** Re: FOR APPROVAL: CR

On KGNS story. Deal is misspelled

Sent from HRC

On Oct 4, 2018, at 11:06 PM, Martinez, Leslie <Leslie.Martinez@mail.house.gov> wrote:

> Sir, do you approve this week's CR?
> Kristie approved.
> Thanks
>
> -Leslie

Satuday, October 6, 2018

WEBSITE | SHARE ON: 

# Congressional Report



Take My Latest Surv[ey]

**CONNECT**

Dear Friends,

This week I attended various meetings and events with different individuals and organizations, including The Hill's Newsmaker Series and met with representatives from the Texas Automobile Dealers Association and the Mexicans and Americans Thinking Together Foundation.

**LATEST NEWS**

In the district, my staff attended several meetings and events including the Delia Gonzalez Elementary Ribbon Cutting Ceremony in Roma, the Walk to End Alzheimer's in Laredo and a series of National Night Out events.

- 9/28, San Ant[onio] Business Journ[al]: What SA airlin[e] passengers sh[ould] know about ne[w] FAA legislation

Lastly, I have included a video from The Centers for Disease Control and Prevention that raises awareness about important influenza (flu) prevention actions, including receiving a flu vaccine every year.

As always, please contact one of my offices if you need assistance with any federal agency.

- 9/28, KVEO: Congress Announces $6[0] for UTRGV for Beginning Farr[ners] and Ranchers

**Rep. Cuellar Meets with Mexicans and Americans Thinking Together Foundation**

HC000400 10/1, KGNS: Congressman

*On Wednesday, September 27, I met with Executive Director Aracely Garcia-Granados and Program Analyst Jonathan Peterson-Ruiz from the Mexicans and Americans Thinking Together Foundation to discuss their Bordernomics Alliance program. Pictured from left are: Congressman Henry Cuellar, Aracely Garcia Granados, and Jonathan Peterson-Ruiz.*

### Rep. Cuellar Meets with the Texas Automobile Dealers Association

*On Wednesday, September 27, representatives from the Texas Automobile Dealers Association visited with me to discuss tariffs on automobiles, tax reform, and Consumer Financial Protection Bureau (CFPB) reform. Pictured from left are: Jeff Martin, Mark Jones, Martin Garcia, Erika Blankenship, Congressman Henry Cuellar, Efrat Bogoslavsky, and Ariad Sommer.*

### Rep. Cuellar Addresses the Value of Bipartisanship at The Hill's Newsmaker Series

*On Wednesday, September 27, I spoke at The Hill's Newsmaker Series to discuss the value of bipartisanship in our nation, and the importance of working across the aisle to take action on the issues that matter most to Americans. Pictured from left are The Hill Editor-in-Chief Bob Cusack and Congressman Henry Cuellar.*

### Delia Gonzalez Elementary Ribbon Cutting Ceremony

On Thursday, September 20 representatives from my office presented a Congressional Certificate of Recognition and framed flag to Roma ISD for their newly opened Dalia Gonzales Garcia elementary school. *Pictured from left are Librarian Anna Guillen, Counselor Elizabeth Guerra, Assistant Principal Carmelita Cantu, Mrs. Delia G. Garcia, Principal Edgar Garza, and Facilitator Manuel Lopez.*

---

Sidebar:

- Cuellar issues statement on trade dea[l]
- 9/28, San Anto[nio] Business Journ[al]: NADBank gets level support t[o] boost capital b[y] $1.5 billion
- 10/1, KSAT: R[ep.] Cuellar releases statement on US Mexico and Can[ada] reaching deal
- 10/1, Texans breathe easy at hour trade deal Canada. Just do[n't] call it NAFTA, Tr[ump] says
- 10/1, Politico: now, we wait …
- 10/2, Brownsv[ille] Herald: New NA[FTA] deal has RGV cautiously optim[istic]
- 10/3, The Hill: Moderate Blue D[ogs] endorse House r[ules] overhaul to brea[k] gridlock

**Neighborhood Of[fice] Hours**

**Tuesday, Octobe[r]**

**North**
Elmendorf City Ha[ll]
203 Bexar Ave
9:30am-10:00am
Elmendorf, TX

Floresville City Ha[ll]
1120 D Street
10:30am-12:00pr[m]
Floresville, TX

HC00040

### Presenting U.S. Flag to Poteet Police Department

On Tuesday, September 25, my Outreach Coordinator for Atascosa, Bexar, McMullen and Wilson counties Gilbert Lafuente Poteet Police Cfficer Noe Rodriguez with a new U.S. flag to be flown over the department. *Pictured from left are Outreach Coordinator Gilbert Lafuente and Police Officer Noe Rodriguez.*

### Walk to End Alzheimer's in Laredo

On Saturday, September 29th, my Outreach Coordinator for La Salle, Webb, and Zapata counties Francis Atwell attended the Alzheimer's Association Walk to End Alzheimer's in Laredo. At the event he presented the Alzheimer's Association with a Congressional Certificate of Recognition to recognize the Alzheimer's Association's work in bringing awareness to this disease. *Pictured in the photo above are Outreach Coordinator Francis with members and volunteers from the Alzheimer's Association.*

### National Night Out Events in Texas' 28th District: Laredo National Night Out

On Tuesday, October 2, my Outreach Coordinator for La Salle, Webb, and Zapata counties Francis Atwell attended the City of Laredo National Night Out event. The event was held to educate the public on the services offered by the law enforcement community. It also gave members of the community a chance to meet the first responders who keep our communities safe. *Pictured from left are Ofcr. Luis Raines, Ofcr. Ricardo Martinez Jr., Laredo Police Department Deputy Chief Miguel Rodriguez Jr., Mayor Pete Saenz, Outreach Coordinator Francis Atwell, Laredo Police Chief Claudio Trevino Jr., Assistant Police Chief Manuel Maciel, and Ofcr. Jose Ceballos Jr.*

### Windcrest National Night Out

---

Poth City Hall
200 N. Carroll
1:00pm-2:00pm
Poth, TX

**Central**
La Salle County Offi
101 Court House Squ
9:30am-10:30
Cotulla, TX

Encinal City Hall
701 Berry St
11:00am -12:00pr
Encinal, TX

**South**
La Grulla City Hal
2 ½ Miles, South
Farm Rd 2360
9:00am-10:00am
La Grulla, TX

Rio Grande City
City Hall
5332 US-83
10:30am-11:30ar
Rio Grande City, T

Escobares City Ha
4851 East Hwy 8:
1:30pm-2:30pm
Escobares, TX

Roma Community Ce
502 6th Street
3:00pm-4:00pm
Roma, TX

**Thursday, October**

**North**
St. Hedwig City Ha
13065 FM 1346
9:00am-10:00am
St. Hedwig, TX

La Vernia City Ha
102 E Chihuahua
11:00am- 12:00pr
La Vernia, TX

HC000402

On Tuesday, October 2, my Outreach Coordinator for Bexar County Pete Arguello also attended the National Night Out gatherings in Live Oak, Roosevelt High School, and Windcrest. *Pictured from left are Windcrest Police Chief Al Ballew and Outreach Coordinator Pete Arguello.*

### The Estates & Mission Hills Homeowners Association National Night Out

On Tuesday, October 2, my Outreach Coordinator for Atascosa, Bexar, McMullen and Wilson counties Gilbert Lafuente attended The Estates/Mission Hills Homeowners Association National Night Out. *Pictured from left are John Beck, Outreach Coordinator Gilbert Lafuente, President Mary McConnel Smith, Secretary Deborah Beck and Treasurer Greg Lltis.*

### Staff Spotlight: Outreach Coordinator, Nichole Hernandez

Meet our Outreach Coordinator Nichole Hernandez. Nichole is responsible for outreach projects in Starr and Hidalgo counties where she attends events on my behalf and meets with public officials and constituents. Nichole is originally from the Rio Grande Valley and graduated from The University of Texas-Pan America (now known as UT-RGV). When she's not working on various projects, Nichole enjoys spending time with her family and friends.

### Intern Spotlight: Olivia Perez

Meet our intern Olivia Perez. She is a Senior at the Baylor University pursuing a double major honors degree in Political Science and Great Texts. She completed her summer internship in our Washington, D.C. office. To learn more about Olivia and our other interns, please click here.

### The Centers for Disease Control and Prevention: Prevent Flu! Get a Flu Vaccine and Take Preventive Actions



Sutherland Spring
1:00pm- 2:00pm
Sutherland Springs,
**Sign Up for My Newsletter**

**Central**
El Cenizo City Hall
507 Cadena St
9:30am- 10:30am
El Cenizo, TX

Rio Bravo City Ha
1701 Centeno Ln
11:00 am-12:00 p
Rio Bravo, TX

**South**
Starr County Warehc
Bldg. Pct 4
FM 755 (La Gloria
10:00am- 11:00ar
San Isidro, TX
(call for appointme

Starr County Self H
Center
10 Mayorga Stree
11:30am- 12:30pr
La Casita, TX
(call for appointme

HC000403

This video from the Centers for Disease Control and Prevention raises awareness about important influenza (flu) prevention actions, including receiving a flu vaccine every year. Preventive actions, including covering your nose and mouth when you sneeze or cough and limiting your contact with others if you become sick, can also help prevent the spread of flu.

Sincerely,

Henry Cuellar

NOTE: Please DO NOT respond to this email as this inbox is unattended. To contact my office please click here

UPDATE SUBSCRIPTION OPTIONS | PRIVACY POLICY | CONTACT US

Click Here to view this email in your browser
Click Here to be removed from this list