Case No. 1:19-cv-01314-TNM

# ATTACHMENT V

**To:** HRC[Cuellar28@mail.house.gov]
**From:** Lester, Dean
**Sent:** Tue 10/30/2018 5:24:40 PM (UTC-04:00)
**Subject:** FW: Bonus and Salary Information
Bonus - Salary.pdf
Bonus-Salary Doc.pdf

She sent this on Mon Oct 15th.

**From:** Small, Kristie
**Sent:** Monday, October 15, 2018 11:26 AM
**To:** Lester, Dean <dean.lester@mail.house.gov>
**Subject:** FW: Bonus and Salary Information


## Kristie E. Small
## Deputy Chief of Staff
## Office of Congressman Henry Cuellar (TX-28)

2209 Rayburn House Office Building
O: 202-225-1640 | F: 202-225-1641
*Sign up for Congressman Cuellar's e-newsletter here.*



**From:** Small, Kristie
**Sent:** Friday, October 12, 2018 3:41 PM
**To:** HRC <Cuellar28@mail.house.gov>
**Subject:** FW: Bonus and Salary Information

<span style="color:red">Document 1: Suggested Bonuses and Raises</span>

<span style="color:red">Document 2: Current Salary Chart and CRS Report on Median Staff Salaries (relevant info highlighted in yellow)</span>

Sir,

My number one priority is to serve you by having the staff run as efficiently as possible. By maintaining employees with institutional knowledge we will maximize productivity and eliminate constant learning curves. (This will make your life much easier!) On a real level, the most important thing I want to note is the level of work and commitment the staff shows. I am very impressed by the dedication and hours they put in. They are truly happy to serve you and the 28th district. I enjoy working with them so much. That being said, with my knowledge on staff management, I wanted to recommend that we try and get staff pay levels up a bit to reflect the second document attached from CRS. Those are the median salaries for each position. It seems like we are a little under the bar and I'd hate to risk losing good people to another office only because of a paycheck. These are the same reason for my bonus suggestions. **After elections it will be extremely enticing for staff to look for other opportunities.** At the end of the day, keeping good staff with us is SUCH a benefit to you. If you trust me to help, I can assure you that within the next year the office will run so much more smoothly. I know you have done things very differently in the past but I wanted to make

HC000716

these suggestions because I truly know it will help you.

On a more statistics driven level I want to promise you that I've done my homework and I can answer any questions you may have. I have spoken to Dean about the raise levels being maintainable for next year and he is on board that we will have the funds including hiring an LD or LA. I can include him later if you have questions for him but I wanted to present this to you 1 on 1 first. I wanted to keep this short but if you'd like any more info or to talk please let me know. Thank you for reading and considering. I have really enjoyed my time here so far and am looking forward to hopefully severing a long tenure in your office.

Thanks Sir!  Have a good day.


**Kristie E. Small**
**Deputy Chief of Staff**
**Office of Congressman Henry Cuellar (TX-28)**
2209 Rayburn House Office Building
O: 202-225-1640 | F: 202-225-1641
*Sign up for Congressman Cuellar's e-newsletter here.*

**Current Surplus $156,000**

Francis Atwell        $5k

Sylvia Segovia       $10k

Patrick O'Connor $5k

Travis Knight         $5k

Olya Voytovich      $10k

Zack Linick             $10k

Kristie Small          $20k

**Total Raise Amount        $65K total**

**Surplus after Raises        $133k**

**17 People for bonuses   $4k = $68k**

**Surplus after bonuses = 65k** - Office supplies/Subscrptions/Misc needs

*Extra money goes to the general fund controlled by the Speakers office and is disbursed at their discretion. There is no benefit for us to turn in monies left over.

# U.S. House of Representatives
## PAYROLL CERTIFICATION - DRAFT

09/01/2018 to 09/30/2018

Process Level: TX28Y HON.HENRY CUELLAR           Accounting Organization: TX28CUH

MEMBERS CLERK HIRE - PERMANENT PERSONNEL

| Employee and Job Title | Annual Salary | Gross Pay | Period | Remarks | Employee No. |
|---|---|---|---|---|---|
| ABADIE, MADELINE E<br>SCHEDULER | 44,000.00 | 3,666.67 | 09/01/2018 to 09/30/2018 | | 178567 |
| ANDREWS, NINAMARIE JOY<br>OFFICE MANAGER | 39,500.00 | 3,291.67 | 09/01/2018 to 09/30/2018 | | 147610 |
| ARGUELLO, PETE JACOB<br>CONSTITUENT SERVICES | 41,200.00 | 3,433.33 | 09/01/2018 to 09/30/2018 | | 157132 |
| ATWELL, FRANCIS MATTHEW<br>LAREDO OUTREACH COORDINATOR | 30,000.00 | 2,500.00 | 09/01/2018 to 09/30/2018 | | 172904 |
| GALLEGOS, ALEXIS DENNEA<br>CONSTITUENT SERVICES REPRESENT | 32,000.00 | 2,666.67 | 09/01/2018 to 09/30/2018 | | 159583 |
| HERNANDEZ, JESSICA<br>DISTRICT DIRECTOR | 75,000.00 | 6,250.00 | 09/01/2018 to 09/30/2018 | | 177617 |
| HERNANDEZ, VANESSA NICOLE<br>OUTREACH COORDINATOR | 34,196.00 | 2,849.67 | 09/01/2018 to 09/30/2018 | | 163322 |
| ISLAM, NADIA<br>CONSTITUENT SERVICE REP. | 32,960.00 | 2,746.67 | 09/01/2018 to 09/30/2018 | | 169355 |
| KNIGHT, TRAVIS COWLES<br>LEGISLATIVE ASSISTANT | 35,000.00 | 2,916.67 | 09/01/2018 to 09/30/2018 | | 178156 |
| LAFUENTE, GILBERT<br>OUTREACH COORDINATOR | 48,600.00 | 4,050.00 | 09/01/2018 to 09/30/2018 | | 146933 |
| LESTER, DEAN A<br>SHARED FINANCIAL ADMINISTRATOR | 21,000.00 | 1,750.00 | 09/01/2018 to 09/30/2018 | | 131032 |
| LINICK, ZACKARY BRIAN<br>LEGISLATIVE ASSISTANT | 40,000.00 | 3,333.33 | 09/01/2018 to 09/30/2018 | | 175888 |
| MARTINEZ, LESLIE DENISE<br>DISTRICT PRESS SECRETARY | 38,000.00 | 3,166.67 | 09/01/2018 to 09/30/2018 | | 177569 |
| O'CONNOR, PATRICK M<br>STAFF ASSISTANT | 33,000.00 | 2,750.00 | 09/01/2018 to 09/30/2018 | | 171532 |
| SEGOVIA, SYLVIA M<br>CONSTITUENT SERVICES REPRESENT | 30,900.00 | 2,575.00 | 09/01/2018 to 09/30/2018 | | 169116 |
| SMALL, KRISTIE E<br>DEPUTY CHEIF OF STAFF | 90,000.00 | 7,500.00 | 09/01/2018 to 09/30/2018 | | 141797 |
| VOYTOVICH, OLGA<br>PRESS SECRETARY | 50,000.00 | 4,166.67 | 09/01/2018 to 09/30/2018 | | 177053 |
| ZAVALA, LUIS EDUARDO<br>FIELD REPRESENTATIVE | 12,000.00 | 1,000.00 | 09/01/2018 to 09/30/2018 | | 141315 |

Report ID: PR002
Run Date: 09/26/2018

Page 1 of 3

HC000719

# U.S. House of Representatives
## PAYROLL CERTIFICATION - DRAFT

09/01/2018 to 09/30/2018

Process Level: TX28Y HON.HENRY CUELLAR  Accounting Organization: TX28CUH

MEMBERS CLERK HIRE - NON PERMANENT PERSONNEL

| Employee and Job Title | Annual Salary | Gross Pay | Period | Remarks | Employee No. |
|---|---|---|---|---|---|
| BONILLA, SOFIA G<br>PAID INTERN | 12,000.00 | 1,000.00 | 09/01/2018 to 09/30/2018 | | 178394 |
| GAONA, ANDREW J<br>TEMPORARY EMPLOYEE | 27,700.00 | 1,000.28 | 09/01/2018 to 09/30/2018 | APPOINTMENT 09/18/18 | 178333 |
| ORTIZ, BRIANA G<br>PAID INTERN | 19,300.00 | 0.00 | 09/01/2018 to 09/30/2018 | TERMINATED 08/31/18 | 176010 |

# U.S. House of Representatives
## PAYROLL CERTIFICATION - DRAFT

09/01/2018 to 09/30/2018

Process Level: TX28Y HON.HENRY CUELLAR       Accounting Organization: TX28CUH

| Employee Group | Expenditure | Active | Paid |
|---|---|---|---|
| MEMBERS CLERK HIRE - PERMANENT PERSONNEL | 60,613.02 | 18 | 18 |
| MEMBERS CLERK HIRE - NON PERMANENT PERSONNEL | 2,000.28 | 2 | 2 |
| Total | 62,613.30 | 20 | 20 |

COMMENTS: (EXCEPTIONS MUST BE LISTED WITHIN THIS BOX)

I CERTIFY THAT THE LISTED EMPLOYEES HAVE PERFORMED THEIR ASSIGNED OFFICIAL DUTIES FOR THE OFFICES OF THE EMPLOYING AUTHORITY, AND THAT THEY HAVE CERTIFIED THAT THEY HAVE NO RELATIONSHIP TO A CURRENT MEMBER OF CONGRESS, UNLESS OTHERWISE NOTED HEREON.



# Staff Pay Levels for Selected Positions in House Member Offices, 2001-2015

R. Eric Petersen, Coordinator
Specialist in American National Government

November 9, 2016

Congressional Research Service
7-5700
www.crs.gov
R44323

CRS REPORT
Prepared for Members and
Committees of Congress

HC000722

Staff Pay Levels for Selected Positions in House Member Offices, 2001-2015

## Table 14. Staff Assistant

| Year | Observations | Nominal $ | | | | Constant $ | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Minimum | Average | Median | Maximum | Minimum | Average | Median | Maximum |
| 2001 | 45 | $21,667 | $33,302 | $31,000 | $79,516 | $29,213 | $44,900 | $41,797 | $107,210 |
| 2002 | 45 | $24,500 | $34,378 | $33,000 | $62,317 | $32,519 | $45,631 | $43,801 | $82,713 |
| 2003 | 45 | $20,000 | $37,518 | $35,917 | $74,394 | $25,955 | $48,688 | $46,610 | $96,544 |
| 2004 | 45 | $21,200 | $35,866 | $36,227 | $52,750 | $26,798 | $45,336 | $45,793 | $66,680 |
| 2005 | 45 | $22,000 | $38,296 | $34,375 | $105,950 | $26,898 | $46,822 | $42,028 | $129,539 |
| 2006 | 45 | $21,834 | $38,120 | $35,167 | $63,830 | $25,861 | $45,151 | $41,653 | $75,603 |
| 2007 | 45 | $24,486 | $39,808 | $38,400 | $60,790 | $28,199 | $45,844 | $44,223 | $70,008 |
| 2008 | 45 | $25,500 | $40,657 | $36,156 | $73,300 | $28,281 | $45,091 | $40,098 | $81,293 |
| 2009 | 45 | $20,175 | $37,829 | $37,504 | $67,333 | $22,455 | $42,105 | $41,742 | $74,943 |
| 2010 | 45 | $25,000 | $42,084 | $39,750 | $93,750 | $27,376 | $46,084 | $43,528 | $102,661 |
| 2011 | 45 | $26,250 | $38,681 | $34,833 | $87,500 | $27,865 | $41,061 | $36,977 | $92,885 |
| 2012 | 45 | $22,000 | $41,076 | $35,767 | $167,411 | $22,880 | $42,720 | $37,198 | $174,111 |
| 2013 | 45 | $21,095 | $37,726 | $34,986 | $67,167 | $21,623 | $38,669 | $35,861 | $68,846 |
| 2014 | 45 | $21,067 | $37,176 | $36,250 | $88,058 | $21,224 | $37,452 | $36,520 | $88,714 |
| 2015 | 45 | $25,950 | $37,958 | $34,857 | $69,500 | $25,950 | $37,958 | $34,857 | $69,500 |

| Change | | |
|---|---|---|
| 5 Years, 2011-2015 | -5.73% |
| 10 Years, 2006-2015 | -16.31% |
| 15 Years, 2001-2015 | -16.60% |

Median Pay

Change in Pay

2015 Pay Distribution

Dollars in figures are in thousands.

Source: Statement of Disbursements of the House, as collated by LegiStorm, various years, and CRS calculations. Tabular change is based on change in median pay for the periods noted. In the visualizations, position pay information based on constant 2016 dollars in thousands of dollars, or change in those levels, is presented in green. Detailed information about data sources is available above in "Data Tables and Visualizations."

*Staff Pay Levels for Selected Positions in House Member Offices, 2001-2015*

### Table 10. Legislative Director

| Year | Observations | Nominal $ | | | | Constant $ | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Minimum | Average | Median | Maximum | Minimum | Average | Median | Maximum |
| 2001 | 45 | $47,000 | $66,932 | $66,250 | $91,412 | $63,370 | $90,243 | $89,324 | $123,249 |
| 2002 | 45 | $48,399 | $71,594 | $70,000 | $117,000 | $64,240 | $95,027 | $92,911 | $155,295 |
| 2003 | 45 | $51,048 | $72,020 | $70,500 | $105,000 | $66,246 | $93,462 | $91,490 | $136,261 |
| 2004 | 45 | $51,761 | $73,294 | $70,300 | $124,833 | $65,430 | $92,649 | $88,864 | $157,798 |
| 2005 | 45 | $58,963 | $75,692 | $72,068 | $133,833 | $72,090 | $92,545 | $88,113 | $163,630 |
| 2006 | 45 | $55,542 | $76,599 | $74,515 | $101,917 | $65,786 | $90,726 | $88,258 | $120,714 |
| 2007 | 45 | $58,000 | $81,721 | $81,667 | $102,683 | $66,795 | $94,112 | $94,050 | $118,254 |
| 2008 | 45 | $54,500 | $82,548 | $82,000 | $124,333 | $60,443 | $91,550 | $90,942 | $137,892 |
| 2009 | 45 | $51,500 | $85,883 | $84,417 | $127,411 | $57,320 | $95,588 | $93,957 | $141,810 |
| 2010 | 45 | $61,303 | $87,717 | $86,167 | $118,000 | $67,130 | $96,054 | $94,357 | $129,216 |
| 2011 | 45 | $47,075 | $85,639 | $86,750 | $117,500 | $49,972 | $90,909 | $92,089 | $124,731 |
| 2012 | 45 | $48,400 | $82,327 | $80,000 | $138,000 | $50,337 | $85,622 | $83,202 | $143,523 |
| 2013 | 45 | $50,736 | $79,804 | $80,000 | $106,000 | $52,005 | $81,800 | $82,000 | $108,650 |
| 2014 | 45 | $50,417 | $87,256 | $84,718 | $127,000 | $50,792 | $87,906 | $85,349 | $127,946 |
| 2015 | 45 | $55,133 | $84,862 | $86,500 | $132,800 | $55,133 | $84,862 | $86,500 | $132,800 |

| Change | | |
|---|---|---|
| 5 Years, 2011-2015 | -6.07% |
| 10 Years, 2006-2015 | -1.99% |
| 15 Years, 2001-2015 | -3.16% |

**Median Pay** (chart: $Nominal and $Constant from 2001 to 2015, ranging approximately $60 to $97)

**Change in Pay** (chart: LD, GS, MCs for periods 2001-'15, 2006-'15, 2011-'15, ranging -12% to 8%)

**2015 Pay Distribution** (chart: bars across $20 to $160, percentages 0% to 44%)

*Dollars in figures are in thousands.*

Source: *Statement of Disbursements of the House*, as collated by LegiStorm, various years, and CRS calculations. Tabular change is based on change in median pay for the periods noted. In the visualizations, position pay information based on constant 2016 dollars in thousands of dollars, or change in those levels, is presented in green. Detailed information about data sources is available above in "Data Tables and Visualizations."

*Staff Pay Levels for Selected Positions in House Member Offices, 2001-2015*

### Table 9. Legislative Correspondent

| Year | Observations | Nominal $ | | | | Constant $ | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Minimum | Average | Median | Maximum | Minimum | Average | Median | Maximum |
| 2001 | 31 | $24,500 | $33,552 | $31,313 | $84,267 | $33,033 | $45,238 | $42,218 | $113,616 |
| 2002 | 45 | $25,000 | $34,141 | $31,983 | $52,000 | $33,183 | $45,315 | $42,452 | $69,020 |
| 2003 | 45 | $23,958 | $36,698 | $35,614 | $64,077 | $31,091 | $47,624 | $46,217 | $83,155 |
| 2004 | 40 | $25,372 | $36,524 | $34,720 | $66,667 | $32,072 | $46,168 | $43,888 | $84,271 |
| 2005 | 37 | $26,000 | $37,095 | $35,250 | $60,750 | $31,789 | $45,353 | $43,098 | $74,276 |
| 2006 | 45 | $27,583 | $39,217 | $36,750 | $73,315 | $32,671 | $46,450 | $43,528 | $86,837 |
| 2007 | 45 | $28,544 | $40,299 | $39,617 | $56,333 | $32,872 | $46,410 | $45,624 | $64,875 |
| 2008 | 45 | $28,867 | $39,190 | $38,500 | $55,680 | $32,015 | $43,464 | $42,699 | $61,752 |
| 2009 | 45 | $29,085 | $41,173 | $38,875 | $75,917 | $32,372 | $45,826 | $43,268 | $84,496 |
| 2010 | 45 | $28,000 | $40,366 | $38,542 | $75,833 | $30,661 | $44,203 | $42,205 | $83,041 |
| 2011 | 45 | $28,833 | $42,489 | $39,600 | $86,250 | $30,608 | $45,104 | $42,037 | $91,558 |
| 2012 | 45 | $26,000 | $39,351 | $39,000 | $65,000 | $27,041 | $40,926 | $40,561 | $67,601 |
| 2013 | 45 | $28,900 | $38,589 | $37,500 | $65,000 | $29,623 | $39,554 | $38,438 | $66,625 |
| 2014 | 45 | $30,000 | $41,122 | $40,233 | $63,000 | $30,223 | $41,428 | $40,533 | $63,469 |
| 2015 | 45 | $25,000 | $41,290 | $40,000 | $77,000 | $25,000 | $41,290 | $40,000 | $77,000 |

| | Change | |
|---|---|---|
| 5 Years, 2011-2015 | | -4.85% |
| 10 Years, 2006-2015 | | -8.11% |
| 15 Years, 2001-2015 | | -5.25% |



Median Pay



Change in Pay



2015 Pay Distribution

*Dollars in figures are in thousands.*

**Source:** *Statement of Disbursements of the House*, as collated by LegiStorm, various years, and CRS calculations. Tabular change is based on change in median pay for the periods noted. In the visualizations, position pay information based on constant 2016 dollars in thousands of dollars, or change in those levels, is presented in green. Detailed information about data sources is available above in "Data Tables and Visualizations."

*Staff Pay Levels for Selected Positions in House Member Offices, 2001-2015*

## Table 4. Chief of Staff

| Year | Observations | Nominal $ | | | | Constant $ | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Minimum | Average | Median | Maximum | Minimum | Average | Median | Maximum |
| 2001 | 45 | $76,361 | $106,313 | $104,250 | $137,020 | $102,957 | $143,341 | $140,559 | $184,742 |
| 2002 | 45 | $65,000 | $113,580 | $115,089 | $145,226 | $86,275 | $150,756 | $152,758 | $192,759 |
| 2003 | 45 | $81,000 | $114,406 | $110,750 | $148,978 | $105,116 | $148,468 | $143,723 | $193,332 |
| 2004 | 45 | $86,500 | $122,278 | $124,000 | $151,974 | $109,342 | $154,567 | $156,744 | $192,105 |
| 2005 | 45 | $70,196 | $129,013 | $130,000 | $156,827 | $85,825 | $157,736 | $158,944 | $191,743 |
| 2006 | 45 | $94,000 | $135,327 | $133,180 | $159,828 | $111,337 | $160,286 | $157,743 | $189,306 |
| 2007 | 45 | $96,833 | $138,937 | $141,652 | $159,828 | $111,517 | $160,005 | $163,132 | $184,063 |
| 2008 | 45 | $93,508 | $145,683 | $149,972 | $163,795 | $103,705 | $161,569 | $166,327 | $181,657 |
| 2009 | 45 | $42,708 | $133,877 | $134,344 | $168,411 | $47,535 | $149,007 | $149,527 | $187,443 |
| 2010 | 45 | $98,500 | $143,697 | $147,000 | $168,411 | $107,862 | $157,355 | $160,972 | $184,418 |
| 2011 | 45 | $103,124 | $146,853 | $150,833 | $168,411 | $109,470 | $155,890 | $160,116 | $178,775 |
| 2012 | 45 | $98,220 | $143,040 | $144,000 | $168,411 | $102,151 | $148,765 | $149,763 | $175,151 |
| 2013 | 45 | $90,501 | $142,480 | $143,800 | $168,411 | $92,764 | $146,043 | $147,395 | $172,622 |
| 2014 | 45 | $89,401 | $140,803 | $138,968 | $168,411 | $90,067 | $141,851 | $140,003 | $169,665 |
| 2015 | 45 | $114,173 | $147,650 | $146,561 | $168,411 | $114,173 | $147,650 | $146,561 | $168,411 |

| Change | | |
|---|---|---|
| 5 Years, 2011-2015 | -8.47% |
| 10 Years, 2006-2015 | -7.09% |
| 15 Years, 2001-2015 | 4.27% |

Median Pay | Change in Pay | 2015 Pay Distribution

*Dollars in figures are in thousands.*

Source: *Statement of Disbursements of the House*, as collated by LegiStorm, various years, and CRS calculations. Tabular change is based on change in median pay for the periods noted. In the visualizations, position pay information based on constant 2016 dollars in thousands of dollars, or change in those levels, is presented in green. Detailed information about data sources is available above in "Data Tables and Visualizations."

Congressional Research Service

8

HC000726

*Staff Pay Levels for Selected Positions in House Member Offices, 2001-2015*

### Table 8. Legislative Assistant

| Year | Observations | Nominal $ | | | | Constant $ | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Minimum | Average | Median | Maximum | Minimum | Average | Median | Maximum |
| 2001 | 45 | $30,154 | $43,493 | $41,092 | $70,000 | $40,656 | $58,641 | $55,403 | $94,380 |
| 2002 | 45 | $29,068 | $44,295 | $43,333 | $61,296 | $38,582 | $58,793 | $57,517 | $81,358 |
| 2003 | 45 | $29,025 | $45,828 | $42,542 | $121,750 | $37,667 | $59,472 | $55,208 | $157,998 |
| 2004 | 45 | $30,081 | $46,008 | $43,750 | $95,585 | $38,024 | $58,158 | $55,303 | $120,826 |
| 2005 | 45 | $29,542 | $50,609 | $45,208 | $104,290 | $36,119 | $61,877 | $55,274 | $127,509 |
| 2006 | 45 | $35,994 | $50,584 | $48,750 | $69,631 | $42,633 | $59,914 | $57,741 | $82,474 |
| 2007 | 45 | $32,750 | $50,261 | $45,600 | $120,136 | $37,716 | $57,882 | $52,515 | $138,353 |
| 2008 | 45 | $35,267 | $53,668 | $49,389 | $94,841 | $39,113 | $59,521 | $54,775 | $105,183 |
| 2009 | 45 | $34,000 | $49,982 | $50,500 | $63,500 | $37,842 | $55,630 | $56,207 | $70,676 |
| 2010 | 45 | $37,637 | $54,346 | $51,427 | $114,814 | $41,214 | $59,511 | $56,315 | $125,727 |
| 2011 | 45 | $32,500 | $50,506 | $48,863 | $96,400 | $34,500 | $53,614 | $51,870 | $102,333 |
| 2012 | 45 | $29,000 | $49,916 | $49,250 | $78,833 | $30,161 | $51,914 | $51,221 | $81,988 |
| 2013 | 45 | $29,500 | $48,395 | $47,917 | $72,802 | $30,238 | $49,605 | $49,115 | $74,623 |
| 2014 | 45 | $31,333 | $50,854 | $49,219 | $90,833 | $31,567 | $51,233 | $49,586 | $91,510 |
| 2015 | 45 | $30,000 | $49,860 | $48,760 | $83,336 | $30,000 | $49,860 | $48,760 | $83,336 |

| Change | | |
|---|---|---|
| 5 Years, 2011-2015 | | -5.99% |
| 10 Years, 2006-2015 | | -15.55% |
| 15 Years, 2001-2015 | | -11.99% |

**Median Pay** (chart: $Nominal and $Constant, 2001-2015)

**Change in Pay** (chart: LA, GS, MCs for 2001-'15, 2006-'15, 2011-'15)

**2015 Pay Distribution** (histogram: $20-$160)

*Dollars in figures are in thousands.*

Source: *Statement of Disbursements of the House*, as collated by LegiStorm, various years, and CRS calculations. Tabular change is based on change in median pay for the periods noted. In the visualizations, position pay information based on constant 2016 dollars in thousands of dollars, or change in those levels, is presented in green. Detailed information about data sources is available above in "Data Tables and Visualizations."

*Staff Pay Levels for Selected Positions in House Member Offices, 2001-2015*

### Table 12. Press Secretary/Communications Director

| Year | Observations | Nominal $ | | | | Constant $ | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Minimum | Average | Median | Maximum | Minimum | Average | Median | Maximum |
| 2001 | 45 | $29,000 | $54,897 | $52,083 | $99,020 | $39,100 | $74,016 | $70,223 | $133,508 |
| 2002 | 45 | $37,226 | $58,411 | $57,625 | $95,527 | $49,410 | $77,530 | $76,486 | $126,793 |
| 2003 | 45 | $32,668 | $59,875 | $59,000 | $93,000 | $42,394 | $77,701 | $76,566 | $120,689 |
| 2004 | 45 | $32,378 | $59,282 | $56,000 | $93,500 | $40,928 | $74,936 | $70,788 | $118,190 |
| 2005 | 45 | $41,739 | $65,916 | $65,000 | $101,000 | $51,032 | $80,592 | $79,472 | $123,487 |
| 2006 | 45 | $29,010 | $62,757 | $62,500 | $111,188 | $34,360 | $74,332 | $74,027 | $131,695 |
| 2007 | 45 | $36,281 | $67,472 | $69,000 | $110,000 | $41,782 | $77,703 | $79,463 | $126,680 |
| 2008 | 45 | $40,000 | $70,609 | $69,948 | $112,860 | $44,362 | $78,309 | $77,576 | $125,168 |
| 2009 | 45 | $40,400 | $72,711 | $69,174 | $128,992 | $44,966 | $80,928 | $76,991 | $143,569 |
| 2010 | 45 | $46,000 | $72,512 | $67,250 | $132,596 | $50,372 | $79,404 | $73,642 | $145,199 |
| 2011 | 45 | $48,000 | $76,528 | $76,000 | $120,000 | $50,954 | $81,238 | $80,677 | $127,385 |
| 2012 | 45 | $29,959 | $74,514 | $73,167 | $121,805 | $31,157 | $77,496 | $76,095 | $126,680 |
| 2013 | 45 | $36,439 | $70,351 | $65,000 | $124,861 | $37,350 | $72,110 | $66,625 | $127,983 |
| 2014 | 45 | $42,500 | $73,199 | $72,000 | $124,233 | $42,816 | $73,744 | $72,536 | $125,158 |
| 2015 | 45 | $43,878 | $69,302 | $67,000 | $108,333 | $43,878 | $69,302 | $67,000 | $108,333 |

| Change | | |
|---|---|---|
| 5 Years, 2011-2015 | -16.95% |
| 10 Years, 2006-2015 | -9.49% |
| 15 Years, 2001-2015 | -4.59% |

**Median Pay** (chart: $Nominal and $Constant, 2001–2015)

**Change in Pay** (chart: GS, MCs, Press/Comm. for 2001-'15, 2006-'15, 2011-'15; -18%, -5%, 8%)

**2015 Pay Distribution** (histogram: 0%–33%, $20–$160)

*Dollars in figures are in thousands.*

Source: Statement of Disbursements of the House, as collated by LegiStorm, various years, and CRS calculations. Tabular change is based on change in median pay for the periods noted. In the visualizations, position pay information based on constant 2016 dollars in thousands of dollars, or change in those levels, is presented in green. Detailed information about data sources is available above in "Data Tables and Visualizations."

HC000728