Case No. 1:19-cv-01314-TNM

# ATTACHMENT W

**To:** Small, Kristie[Kristie.Small@mail.house.gov]
**From:** Small, Kristie
**Sent:** Fri 9/28/2018 2:13:05 PM (UTC-04:00)
**Subject:** FW: Probation period and Performance review

Note for the record.
I did not agree to this. I reminded him in a closed door meeting, among other administrative office business, that the October 5th deadline would be when he is out of the country. He said we will talk about this when I get back and I said ok. I was not given an option.

Kristie E. Small
Deputy Chief of Staff
Office of Congressman Henry Cuellar (TX-28)
2209 Rayburn House Office Building
O: 202-225-1640 | F: 202-225-1641
Sign up for Congressman Cuellar's e-newsletter here.


-----Original Message-----
From: Small, Kristie
Sent: Friday, September 28, 2018 2:05 PM
To: HRC <Cuellar28@mail.house.gov>
Subject: RE: Probation period and Performance review

Yes Sir.

Kristie E. Small
Deputy Chief of Staff
Office of Congressman Henry Cuellar (TX-28)
2209 Rayburn House Office Building
O: 202-225-1640 | F: 202-225-1641
Sign up for Congressman Cuellar's e-newsletter here.


-----Original Message-----
From: HRC
Sent: Friday, September 28, 2018 2:05 PM
To: Small, Kristie <Kristie.Small@mail.house.gov>
Subject: Probation period and Performance review

As we spoke today, I will be out on October 5th, which is the 30th day performance review date on your probation and we have agreed to extend the date to review your performance until I get back to the office in Laredo. This date should be October 16th. Talk to you soon. Have a good weekend.

Sent by HRC