Case No. 1:19-cv-01314-TNM

# ATTACHMENT X

**To:** Small, Kristie[Kristie.Small@mail.house.gov]
**From:** Small, Kristie
**Sent:** Mon 10/15/2018 5:22:45 PM (UTC-04:00)
**Subject:** RE: Probation period and Performance review

Hi Sir,
Would you like Madeline to work with you to put a time on the calendar tomorrow for my performance review?

Kristie E. Small
Deputy Chief of Staff
Office of Congressman Henry Cuellar (TX-28)
2209 Rayburn House Office Building
O: 202-225-1640 | F: 202-225-1641
Sign up for Congressman Cuellar's e-newsletter here.


-----Original Message-----
From: HRC
Sent: Friday, September 28, 2018 2:05 PM
To: Small, Kristie <Kristie.Small@mail.house.gov>
Subject: Probation period and Performance review

As we spoke today, I will be out on October 5th, which is the 30th day performance review date on your probation and we have agreed to extend the date to review your performance until I get back to the office in Laredo. This date should be October 16th. Talk to you soon. Have a good weekend.

Sent by HRC

**To:** HRC[Cuellar28@mail.house.gov]
**From:** Small, Kristie
**Sent:** Tue 10/16/2018 8:24:49 AM (UTC-04:00)
**Subject:** RE: Probation period and Performance review

Ok, thank you.

Kristie E. Small
Deputy Chief of Staff
Office of Congressman Henry Cuellar (TX-28)
2209 Rayburn House Office Building
O: 202-225-1640 | F: 202-225-1641
Sign up for Congressman Cuellar's e-newsletter here.


-----Original Message-----
From: HRC
Sent: Tuesday, October 16, 2018 8:24 AM
To: Small, Kristie <Kristie.Small@mail.house.gov>
Subject: Re: Probation period and Performance review

At the end of the day I will   call you. Thanks.

Sent by HRC

> On Oct 16, 2018, at 7:17 AM, Small, Kristie <Kristie.Small@mail.house.gov> wrote:
>
> Hi Sir,
> Would you like Madeline to work with you to put a time on the calendar today for my performance review?
>
> Kristie E. Small
> Deputy Chief of Staff
> Office of Congressman Henry Cuellar (TX-28)
> 2209 Rayburn House Office Building
> O: 202-225-1640 | F: 202-225-1641
> Sign up for Congressman Cuellar's e-newsletter here.
>
>
> -----Original Message-----
> From: HRC
> Sent: Friday, September 28, 2018 2:05 PM
> To: Small, Kristie <Kristie.Small@mail.house.gov>
> Subject: Probation period and Performance review
>
> As we spoke today, I will be out on October 5th, which  is the 30th day performance review date  on your probation and we have agreed to extend the date  to review your performance until I get back to the office in Laredo. This date should be October 16th.  Talk to you soon. Have a good weekend.
>
> Sent by HRC

**To:** Small, Jeff[Jeff.Small@mail.house.gov]
**From:** Small, Kristie
**Sent:** Tue 10/16/2018 8:25:12 AM (UTC-04:00)
**Subject:** FW: Probation period and Performance review

People who call at the end of the day fire people.

Kristie E. Small
Deputy Chief of Staff
Office of Congressman Henry Cuellar (TX-28)
2209 Rayburn House Office Building
O: 202-225-1640 | F: 202-225-1641
Sign up for Congressman Cuellar's e-newsletter here.


-----Original Message-----
From: HRC
Sent: Tuesday, October 16, 2018 8:24 AM
To: Small, Kristie <Kristie.Small@mail.house.gov>
Subject: Re: Probation period and Performance review

At the end of the day I will call you. Thanks.

Sent by HRC

> On Oct 16, 2018, at 7:17 AM, Small, Kristie <Kristie.Small@mail.house.gov> wrote:
>
> Hi Sir,
> Would you like Madeline to work with you to put a time on the calendar today for my performance review?
>
> Kristie E. Small
> Deputy Chief of Staff
> Office of Congressman Henry Cuellar (TX-28)
> 2209 Rayburn House Office Building
> O: 202-225-1640 | F: 202-225-1641
> Sign up for Congressman Cuellar's e-newsletter here.
>
>
> -----Original Message-----
> From: HRC
> Sent: Friday, September 28, 2018 2:05 PM
> To: Small, Kristie <Kristie.Small@mail.house.gov>
> Subject: Probation period and Performance review
>
> As we spoke today, I will be out on October 5th, which is the 30th day performance review date on your probation and we have agreed to extend the date to review your performance until I get back to the office in Laredo. This date should be October 16th. Talk to you soon. Have a good weekend.
>
> Sent by HRC

HC000433