Case No. 1:19-cv-01314-TNM

# **ATTACHMENT Y**



# Transcript of Olya Voytovich

**Date:** March 17, 2020
**Case:** Small -v- Office of Congressman

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

Transcript of Olya Voytovich
Conducted on March 17, 2020

1 (1 to 4)

---

**Page 1**

```
        UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLUMBIA
                                    )
KRISTIE SMALL,                      )
       Plaintiff,                   )
                                    )
   -vs-                             ) No. 1:19-cv-1314-TNM
                                    )
OFFICE OF CONGRESSMAN HENRY         )
CUELLAR,                            )
       Defendant.                   )
                                    )

       TELEPHONIC DEPOSITION OF OLYA VOYTOVICH
                    MARCH 17, 2020
                  PASADENA, MARYLAND
                     10:03 a.m.


JOB NO.: 293155
PAGES:  1 - 85
REPORTED BY:  LAURA MAES, CSR 9836
```

**Page 2**

```
Deposition of OLYA VOYTOVICH, held telephonically from:
       Baltimore, Maryland
       888.433.3767












       Pursuant to notice, before Laura Maes,
CSR 9836 and Notary Public for the State of
Maryland.
```

**Page 3**

```
              A P P E A R A N C E S
              [ALL COUNSEL BY PHONE]

FOR THE PLAINTIFF:

       ALAN LESCHT & ASSOCIATES, P.C.
       BY:  SARA MCDONOUGH
            TAMARA L. SLATER
       1825 K Street, N.W.
       Suite 750
       Washington, D.C. 20006
       202.463.6036


FOR THE DEFENDANT:

       OFFICE OF HOUSE EMPLOYMENT COUNSEL
       U.S. HOUSE OF REPRESENTATIVES
       BY:  MARK STEWART HAYES
            TREVOR ST. GEORGE BLAKE, II
       4300 O'Neill House Office Building
       Washington, D.C. 20515
       202.225.7075
```

**Page 4**

```
                    I N D E X

WITNESS
  OLYA VOYTOVICH

EXAMINATION                              PAGE
  MS. MCDONOUGH                            6

              E X H I B I T S
              (NONE OFFERED)
```

**Page 5**

1      P R O C E E D I N G S
2
3           THE REPORTER: This is Laura Maes.
4  Before I swear in the witness, I will ask counsel
5  to stipulate on the record that due to the
6  current national emergency pandemic, the court
7  reporter may swear in the deponent even though
8  she is not in the physical presence of the
9  deponent and that there is no objection to that
10 at this time, nor will there be an objection to
11 it at a future date.
12          MR. HAYES: This is Mark Hayes for
13 Defendant -- counsel for Defendant. We agree to
14 that stipulation.
15          MS. MCDONOUGH: And this is Sara
16 McDonough for the Plaintiff, Kristie Small, and I
17 also agree to that stipulation.
18          THE REPORTER: And, Counsel, can you
19 represent that, to the best of your knowledge and
20 belief, the witness appearing today via phone is,
21 indeed, Olya Voytovich?
22          MS. MCDONOUGH: This is Sara McDonough.

**Page 6**

1  As far as I know, yes, this is Ms. Voytovich.
2           MR. HAYES: This is Mark Hayes, and,
3  yes, I agree that, as far as I know, this is
4  Ms. Voytovich.
5
6  Whereupon, OLYA VOYTOVICH, being first duly sworn or
7  affirmed to testify to the truth, the whole truth, and
8  nothing but the truth via telephone, as stipulated, was
9  examined and testified as follows:
10
11          EXAMINATION BY COUNSEL FOR THE PLAINTIFF
12 BY MS. MCDONOUGH:
13    Q.   All right. Good morning, Ms. Voytovich.
14          Before we start the questions, I just
15 want to -- and you probably already know this,
16 but just ask you to provide verbal answers today
17 so that the court reporter can take down
18 everything that we say. So instead of nodding or
19 "Mm-hmm" or "Uh-uh," just say "Yes," "No," or
20 whatever your answer is.
21          Where are you right now? Are you
22 located at home or at an office?

**Page 7**

1   A.   I'm located at home.
2   Q.   And what is your home address?
3   A.   132 E Street, S.E., Washington, D.C.
4  20003.
5   Q.   And for today's deposition, I'm going to
6  ask that you not refer to any documents or review
7  anything on a computer or on a phone. I want to
8  ask you questions today and have you testify just
9  based on your knowledge and your memory.
10         Can you agree to that?
11  A.   Yes.
12  Q.   Great.
13         Okay. And if at any time you need a
14 break, if there's a question pending, I just ask
15 that you answer the question and then just let me
16 know if you want to take a break, and that's not
17 a problem.
18         Is there any reason that you will be
19 unable to provide complete and honest testimony
20 today?
21  A.   No.
22  Q.   Who is your current employer?

**Page 8**

1   A.   I work for the U.S. Senate Committee on
2  Veterans Affairs.
3   Q.   What's your job title?
4   A.   I am the Press Secretary.
5   Q.   When did you start that position?
6   A.   May 2019.
7   Q.   Where did you work before that?
8   A.   I worked for U.S. Congressman Henry
9  Cuellar.
10  Q.   When did you start working for the
11 Congressman?
12  A.   November 2017.
13  Q.   What was your job title?
14  A.   I was his Press Secretary.
15  Q.   Was your separation from your employment
16 with the Congressman voluntary?
17  A.   Can you elaborate on that as though --
18 can you just elaborate and clarify?
19  Q.   Sure.
20         When I say "voluntary," I meant that you
21 left of your own free will. You were not
22 terminated. You were not offered to resign in

25

1  about any role that Kristie's pregnancy played in
2  her termination?
3      A.  No, I think -- the only thing I would
4  say is I think people were shocked, the fact that
5  Kristie was terminated, given the fact that she
6  was pregnant.  So it just seemed -- you know, we
7  just felt sorry and bad for her.
8      Q.  I understand.
9          During Kristie's employment, did you
10 ever complain to the Congressman about Kristie?
11     A.  What do you mean by "complain"?
12     Q.  Did you ever go to the Congressman,
13 whether it was by e-mail, by phone, by any type
14 of communication, and tell him that Kristie --
15 with any concerns about Kristie's performance or
16 her conduct or any issue?
17     A.  I had conversations with the Congressman
18 regarding my e-mail correspondence with Kristie,
19 but that was with also my counterpart in the
20 district and with our -- with our District
21 Director, who had brought up concerns regarding
22 some of our product in the press job.

26

1          So that was brought up not on a
2  personal -- you know, not just me personally with
3  the Congressman.  It was brought up more as a
4  team.  There was -- there were concerns that were
5  raised by the Congressman, so we had discussed
6  Kristie's role as a team.
7      Q.  You said there were concerns, so you --
8  and let me ask you:  Who was your counterpart in
9  the district?
10     A.  Leslie Martinez.
11     Q.  And the District Director, who was that?
12     A.  Jessica Hernandez.
13     Q.  Okay.  So you and Leslie and Jessica,
14 you all did not initiate, I guess, those
15 communications with the Congressman.
16         Is it fair to say that it was in
17 response to questions he had about Kristie?
18     A.  That's how I remember it.
19         The Congressman normally would bring up
20 concerns with our superiors, for example, Jessica
21 Hernandez, who would then contact us if he had
22 concerns.  Or if he had concerns, he would

27

1  sometimes reach out directly, but normally it
2  went through our superiors.
3          But I don't -- that's how I remember it.
4  I remember it being discussed, like I said, as a
5  team.
6      Q.  And so the concerns that the Congressman
7  raised were -- so they were raised with Jessica
8  Hernandez; is that accurate?
9      A.  I believe so.  That's how I remember it.
10     Q.  And what were his concerns?
11     A.  What I can remember -- from what I can
12 remember, he was upset at the fact that there
13 were some minor edits throughout press releases,
14 for example, just things that needed to be
15 proofread that he felt as though we needed to be
16 doing a better job at.  So that's an example.
17     Q.  And were there any other examples of
18 concerns he raised that involved Kristie?
19     A.  There might have been.  I just -- like I
20 said, within my role, that was -- something that
21 stood out the most was the fact that there was a
22 need to proofread press releases and to

28

1  double-check information in the things that we
2  were producing, Leslie and I.  That's what I
3  remember.
4          I'm -- I'm sure there were other things.
5  I just do not recall at this point, to be honest.
6  I just don't remember what those specific things
7  were.
8      Q.  So when the Congressman raised concerns,
9  did he specifically mention Kristie?
10     A.  Yes.
11     Q.  And what did he say?
12     A.  Once again, I don't remember verbatim
13 what he said.  I just remember that he discussed
14 with the team saying that there were issues and
15 that there were things that he was not happy with
16 and that it was Kristie's responsibility to
17 double-check our work.
18         That's what I recall, but I don't
19 remember verbatim what specific words or things
20 he said.  I just remember him not being satisfied
21 with the work product.
22     Q.  And when he told you that -- so were you

Transcript of Olya Voytovich
Conducted on March 17, 2020

8 (29 to 32)

---

29

1  on the phone with him or was this in person?
2     A.  These conversations happened both on the
3  phone and in person.
4     Q.  And during those conversations, it was
5  the Congressman, you, Leslie, and Jessica.
6        Was anyone else present?
7     A.  Well, I mean, that we had those
8  conversations with those people either present or
9  on the line, yes.  I don't -- I'm sure there were
10 other cases where there were other staffers
11 involved.  I just don't recall specifically who.
12       I mean, there was quite a number of
13 individuals in that office, so it's possible that
14 other people were involved in the conversation,
15 but -- as mentioned before, Zack.  I'm sure that
16 other people also at some point were -- were also
17 part of these conversations.  I just don't recall
18 who or when or what was specifically discussed.
19 I just -- I just don't recall.
20    Q.  Do you -- when was the first time that
21 you can remember that the Congressman had any
22 complaints about Kristie?

30

1     A.  I -- I don't recall.  I don't remember
2  that.
3     Q.  Do you know if it was near the beginning
4  of her employment or sometime later?
5     A.  I really can't -- I can't speak to
6  when -- when that could have been.  I just truly
7  do not recall.  I -- I just don't remember.
8     Q.  Did you ever give the Congressman any
9  feedback about Kristie's performance, whether
10 that was positive or negative?
11    A.  How do you mean by "performance"?
12    Q.  I mean, did you ever say, for example,
13 "Kristie hasn't been editing things" or "Kristie
14 has gotten back to us with edits" or any kind of
15 feedback about her job duties and how she was --
16 how she was performing them?
17    A.  I can't remember if I said anything with
18 that specific wording.  I know that we had
19 discussed at one point -- and, once again,
20 I believe this was a team -- the fact that the
21 Congressman had asked why there were, for
22 example, things that needed to be edited within a

31

1  document and why they weren't edited.  And when
2  we had mentioned the fact that we had sent them
3  to Kristie for edits, we had received the
4  documents back, you know, a minute later saying
5  that it was good, so I wasn't sure whether or not
6  it had been edited.
7        But that is -- like, to my recollection,
8  that is the only conversation that I had had
9  regarding Kristie's performance.  I -- I don't
10 recall there being any other conversations.
11    Q.  Did you ever talk to the Congressman or
12 raise any issues with the Congressman about
13 Kristie's behavior or her conduct?
14    A.  I do not recall raising issues regarding
15 to her conduct.  I -- I just don't remember that.
16    Q.  And do you remember if anyone else
17 talked to the Congressman about Kristie's
18 behavior or conduct?
19    A.  Can I just ask in what sense, I guess?
20    Q.  Just anything.  Just any -- like,
21 anything about how she was acting, her behavior,
22 you know, whether that was -- was -- or things

32

1  like if she was leaving work early or coming
2  late, if she was -- you know, had a bad attitude,
3  if she was being, you know, disrespectful or, you
4  know, anything like that?
5     A.  It was clear that Kristie and the
6  Congressman had disagreements.  That is the only
7  thing that I can recall at this time.
8     Q.  Okay.  So what I mean is, like, for
9  example, you mentioned that you had, you know,
10 these kind of discussions involving you, the
11 Congressman, and several colleagues where he
12 discussed various things.
13       Even if you did not personally bring
14 anything up, do you recall any time one of your
15 colleagues brought up any concerns about Kristie
16 with the Congressman?
17    A.  With the Congressman present?
18    Q.  Yes.
19    A.  I do not recall at this time besides
20 what I had already mentioned previously, like I
21 said, as a team, when we had discussed some of
22 the items that the press team was working on.  I

**33**

do not recall anything else being brought up with the Congressman present, no.

Q. And did you ever hear about any of your colleagues complaining to the Congressman about Kristie?

A. I don't recall specific scenarios or situations where people were -- were bringing it up except for what I had already mentioned for when we were discussing our press items, and then, yes, concerns were brought up as a team with the Congressman. That is, to my recollection, the only thing that I can remember.

Q. And so you mean that there were concerns about whether Kristie was editing some of the press releases.

Is that what you mean?

A. Yes. Like I said, I was working in a press capacity, so that was my No. 1 priority, and so that is why that is what I can recall because that had a direct impact on my work product.

So, yes, that is -- what comes to mind

**34**

is the fact that the Congressman was not happy with the editing process and the product that we had coming out of the office and when it was getting to him, and so he had brought up concerns.

And I know our District Director had brought up concerns and we had discussed that process. That is what comes to mind.

Q. Okay. And so you and Leslie, were you all responsible for drafting press releases?

A. Yes.

Q. Who was involved in proofreading or reviewing the press releases aside from Kristie?

A. Drafts would occasionally --

THE REPORTER: I'm sorry. Start again. I didn't hear the beginning of the answer.

THE WITNESS: Drafts would occasionally go through an appropriate, like, staffer depending on the topic as well. I do not recall if anybody else was a part of the process. I believe that Jessica Hernandez was as well. I just don't recall at what point she was sent

**35**

those releases and which ones they were.

BY MS. MCDONOUGH:

Q. Okay. So it really just kind of depended on the topic of the release?

A. Yes.

Q. Before Kristie was hired, did the Congressman ever have concerns with the proofreading or editing of press releases?

A. I don't recall him having an issue with it.

Q. So as best you can recall, he had no issues with edits to the press releases until Kristie starting working for him?

A. [No audible response.]

Q. Hello, Ms. Voytovich?

THE REPORTER: Shall we go off the record?

MS. MCDONOUGH: Yes.

[Recess taken.]

[Record read back as requested.]

THE WITNESS: And I said, to my recollection, I do not remember there being

**36**

issues. I just don't recall.

BY MS. MCDONOUGH:

Q. And just to be clear, when you say you don't recall, that just means you don't recall one way or the other. So there could have been, but there might not have been?

A. Yes, that is -- that is true.

Q. Okay. So, I mean, I just -- I'm just trying to understand: So the Congressman was satisfied, happy with all the editing of the press releases before Kristie came onboard, or at least during the time you worked for him?

A. No, that was not what I just said. I said I don't recall if he was satisfied throughout that entire time before Kristie had come -- come onboard. I just don't recall.

I don't remember there being any significant concerns or flags before Kristie came on. I don't remember that, so -- but I cannot say for certain that there was never any issues. I just don't remember there being any huge red flags.

**37**

1  Q. What do you mean by "huge red flags"?
2  A. Meaning I don't recall there being phone
3  calls and/or one-on-one meetings with the
4  Congressman where he was discussing, you know,
5  his concerns with some of the work product. I
6  just don't recall having those prior to Kristie
7  coming on. I cannot say for certain that they --
8  that they never happened. I just don't
9  remember -- nothing comes to mind.
10  Q. Who was responsible for proofreading the
11  press releases before Kristie?
12  A. Like I said, certain press releases, for
13  example, called for different staffers who review
14  them. Leslie and I were the ones who drafted and
15  then were proofreading them, and then depending
16  on the issue area, sometimes other legislative
17  staff would step in and also proofread. But it
18  was mostly Leslie and I and then Kristie.
19  Q. Okay. So what I mean is, like,
20  basically Kristie's predecessor.
21     Is there someone who worked for the
22  Congressman before Kristie started working there

**38**

1  who was responsible for reviewing and
2  proofreading all of the press releases?
3  A. I believe so. I don't recall if it was
4  -- because there were quite a few people --
5  turnover in the office. That's why it makes it a
6  little difficult to remember each process, just
7  because it was -- sometimes it was subject to
8  change depending on who was in which position.
9  Q. So you have no recollection of who you
10  were working with to review press releases from
11  November 2017 until Kristie started in June 2018?
12  A. Well, once again, it would depend on the
13  press release, but I did work with Juan Sanchez,
14  Zack Linick, and Patrick Malloy.
15  Q. So was there a Chief of Staff or Deputy
16  Chief of Staff in the D.C. office before Kristie
17  was hired?
18  A. I believe the Deputy Chief was Patrick
19  Malloy.
20  Q. And so at the time that Patrick Malloy
21  was Deputy Chief, was he responsible for
22  reviewing all of the press releases the way that

**39**

1  Kristie was?
2  A. I don't recall if he reviewed every
3  single press release. I just strictly don't
4  remember. But I do know that I sent them to him
5  for review. I just don't remember if it was
6  every single one, but I do know that he did take
7  a look at them, yes.
8  Q. Did you send every single press release
9  to Kristie for review?
10  A. I don't recall if it was every single
11  one. I think that, based off what I can
12  remember, that she was a part of the approval
13  process, so I would assume that they would have
14  to go through her, yes, but I -- I don't recall.
15  Q. So you can't confirm with certainty that
16  you sent her every press release to review?
17  A. Every single press release, no, I cannot
18  confirm with certainty. We -- we did quite a
19  number of press releases. I cannot say with
20  certainty that every single one went through
21  Kristie. I cannot say that. I think that,
22  overall, the majority did, but I can't say that

**40**

1  every single one did.
2  Q. Do you remember if you were supposed to
3  send them to Kristie, all of them?
4  A. Any press release that was supposed to
5  go through Kristie Small I sent to Kristie Small.
6  I never purposely omitted Kristie from the
7  approval process.
8  Q. No, what I'm saying is: Did you ever
9  get a directive like, "Hey, make sure that any
10  press release that goes out, it needs to be sent
11  to Kristie for review first"?
12  A. Oh, yes. Yes, the Congressman said that
13  himself.
14  Q. Okay. And you mentioned one-on-one
15  meetings with the Congressman about press issues.
16     How many of those one-on-one meetings
17  did you have with him -- or about how many?
18  A. I do not recall.
19  Q. Was it more than five?
20  A. I do not recall.
21  Q. How would you know that you had a
22  one-on-one meeting with the Congressman?

Transcript of Olya Voytovich
Conducted on March 17, 2020
11 (41 to 44)

**Page 41**

1  Did he set it up or did you?
2  A. These were not formal meetings. These
3  were just -- like I believe I mentioned before,
4  offices are -- these offices were small,
5  including this one, and so -- and I would work
6  very closely with the Congressman, given the fact
7  that I was working his press job and given the
8  fact that I was the only press staffer in the
9  D.C. office that required a lot of one-on-one
10 time with the Congressman.
11     So he might have said something in
12 passing, but none of these were, as far as I can
13 recall, a formal, one-on-one setup meeting. You
14 know, it was not formal. It was either said
15 while I had just been -- you know, I could have
16 been in his office for a variety of reasons all
17 having to do with my work, and he might have
18 brought it up. I don't recall.
19  Q. About how often did you interact with
20 the Congressman?
21  A. How -- how would you like for me to
22 answer that? I'm not quite sure. Like, how many

**Page 42**

1  times a day, how many hours per day?
2     How do you mean?
3  Q. On most days, would you say that you had
4  some interaction with the Congressman -- on most
5  workdays?
6  A. Yes, yes.
7  Q. About how many times per day on average?
8  A. I cannot tell you how many times per
9  day. I --
10  Q. Would you say --
11     THE REPORTER: I couldn't hear you.
12     THE WITNESS: I said I could just say
13 that it was -- it was every single day I
14 interacted with him. I don't know how many times
15 a day I interacted with him.
16     And, also, what do you mean by
17 "interact"? Is that e-mail correspondence? Is
18 that in person? Is that via phone?
19     What do you mean by that?
20 BY MS. MCDONOUGH:
21  Q. It includes all of those, interacting in
22 any way.

**Page 43**

1  A. Yes, so multiple, multiple times a day.
2  Q. And so I just want to confirm: Did you
3  ever, during Kristie's employment, raise any
4  concerns you had about her, concerns about
5  anything relating to Kristie, with the
6  Congressman aside from what we've already
7  discussed?
8  A. Aside from what we've already discussed,
9  I do not remember bringing up any other concerns.
10  Q. And aside from what we've already
11 discussed, did the Congressman ever ask you about
12 any concerns with Kristie?
13  A. Besides from what we've already
14 discussed, I don't remember anything else. It
15 was mostly, like I said, in a press capacity and
16 in terms of proofreading and editing. That is
17 what I recall.
18  Q. Do you know if, during Kristie's
19 employment, the Congressman ever asked any of
20 your colleagues about any concerns they had with
21 Kristie?
22  A. I do not recall anything as of now. I

**Page 44**

1  don't know any conversations that the Congressman
2  may or may not have had with other colleagues.
3  I'm not sure.
4   Q. What about after Kristie was hired? Did
5  the Congressman ever talk to you about Kristie's
6  performance or conduct or anything else relating
7  to Kristie?
8   A. As I mentioned previously, he had
9  announced the fact that he had let Kristie go.
10 We also had to discuss -- once we started getting
11 reporters reaching out to the office regarding
12 Kristie's termination, I had to discuss our
13 response with the Congressman, so we discussed
14 Kristie's termination in -- in that capacity.
15  Q. So tell me about those discussions.
16  A. I started getting ringed by reporters
17 saying that Kristie was suing the Congressman
18 regarding -- for being pregnant, and so I, as the
19 press secretary, needed to craft a response.
20     So I had to make the Congressman aware
21 of that along with the press team, and then we
22 just came up with a response that the Congressman

**Page 57**

1  days per year.  So I think I took the maximum
2  because I needed to recover from my surgery.
3      Q.  And so that was just sick leave.
4          You didn't ask for, for example, like,
5  FMLA leave or anything like that?
6      A.  I just don't remember.  I really don't
7  recall -- recall if I asked for additional leave.
8      Q.  And who had to approve your request?
9      A.  I believe it went through the -- it went
10  through the -- through Kristie; I'm not sure if
11  the scheduler had to, in some capacity, sign off
12  on it as well or not -- I don't remember; and the
13  Congressman.  I know for -- I know for a fact
14  that Kristie and the Congressman had to sign off.
15      Q.  Is it your understanding that ultimately
16  it was the Congressman who was to make the
17  decision on your leave request?
18      A.  Yes.
19      Q.  And did he grant your request?
20      A.  Yes.
21      Q.  Did you initially request more than
22  three days of leave?

**Page 58**

1      A.  I don't believe so because I didn't
2  think that that was an option.
3      Q.  What do you mean you didn't think that
4  it was an option?
5      A.  Well, I had only wanted to request the
6  number of available days that I had, so I didn't
7  think to request more time.  I don't -- I don't
8  -- if I recall correctly, I just put down three
9  because I knew that I had three available days,
10  so that's why I put down three.
11      Q.  So when you see --
12      A.  I wouldn't have put down four days,
13  given the fact that I didn't have four days
14  available to put down, if that makes sense.
15      Q.  Did you ever talk to anyone about the
16  possibility of requesting more than three days of
17  leave?
18      A.  I don't remember.  I really don't
19  remember.  I might have.  I just -- because I
20  might not have known what my recovery time would
21  have been.  I might have mentioned it, but I just
22  don't remember.

**Page 59**

1      Q.  Do you have any reason to believe that
2  the Congressman did not want to give you the
3  leave?
4      A.  How do you mean?
5      Q.  Did you have any reason to think that he
6  was upset that you had requested medical leave?
7      A.  I don't remember ever having a thought
8  that he might be upset that I was requesting
9  medical leave.  I don't recall that.
10      Q.  Did you enjoy working for the
11  Congressman?
12      A.  What do you mean by that?
13      Q.  I mean, did you like your -- did you
14  like your job?  Did you like working with him?
15      A.  I liked being a Press Secretary.  That's
16  why I continue to be a Press Secretary in my new
17  position.
18      Q.  Was the Congressman a demanding boss?
19      A.  Yes.
20      Q.  Do you think that he was unreasonably
21  demanding?
22      A.  I think that the Congressman has very

**Page 60**

1  high standards.
2      Q.  Do you think the Congressman was more
3  demanding of female employees than male
4  employees?
5      A.  I believe that the Congressman was a --
6  was a demanding boss across the board, both to
7  male and to female staffers.
8      Q.  Okay.  So that doesn't answer my
9  question.
10          I'm asking:  Do you think he was more
11  demanding of female employees than male employees
12  on the whole?
13      A.  I think that he was equally demanding.
14      Q.  Did you ever hear any rumors about the
15  Congressman having romantic or sexual
16  relationships with any female employee?
17      A.  No.
18      Q.  Do you have any reason to believe that
19  the Congressman was having a romantic or sexual
20  relationship with any female employee?
21      A.  No.
22      Q.  Can you think of any reason that Travis