# Exhibit 3

# KRISTIE E. SMALL

Phone: 571-335-3869
Email: Ksmall2017@gmail.com

SUMMARY OF QUALIFICATIONS

Strong written and verbal communication skills utilized daily to interact with clients, key players, senior-level congressional staff and Members of Congress. Former congressional staffer with 14 years of experience. Master of all working parts of Congress. Strong analytical skills and knowledge of the legislative and appropriations process. Team player. Self-motivator. High energy.

EMPLOYMENT HISTORY

**The Ford Agency – Temporary Recruiting Coordinator**         June 2019 - September 2019
- Responsible for assistance of recruiting and talent acquisition.
- Assisted with the full cycle of finding, attracting, and hiring new employees to fill open positions.
- Wrote advertisements for the company website.
- Created job descriptions and pitches for candidate outreach.

**Lippes, Mathias, Wexler, Friedman LLP - Senior Policy Advisor**         March 2019 - June 2019
- Brought clients in touch with principle players in Congress, federal agencies, and outside organizations to meet a common goal.
- Policy analytics and work related to the clients' needs included but not limited to women's rights, labor, immigration, and appropriations.

**Congressman Henry Cuellar (TX-28) - Acting Chief of Staff**         June 2018 - October 2018
- Acted as the Member's principal liaison.
- Managed 22 employees in Washington, DC, and district office. Sets office goals, policies and procedures, and oversaw hiring and salary decisions.
- Strong focus on the Appropriations process.
- Managed legislative plan of the Member.
- Managed the media team and approved all press releases and media strategies.
- Developed and approved recommendations of the Legislative Director and Legislative Assistants.
- Oversaw the office budget and all office operations.

**Committee on House Administration - Professional Staff**         May 2007 – May 2018
- Served as a key professional staff member for one of the standing Committees in the House of Representatives.
- New Member Orientation (NMO) 5 cycles.
    - Member Services.
    - Facilitated all aspects of NMO including management of programing, security, seminars, and receptions. Built lasting relationships with Members and their staff.
- Oversight of the CAO
    - Workplace Rights and Responsibilities (sexual harassment) legislative development.
    - Management of the food services vendor (Sodexo and Restaurant Associates).
        - Procurement of vendors.
        - Attended weekly meetings and approved all vendor and management decisions.
        - Enforced compliance with contractual obligations of the House of Representatives.
- Oversight of the Capitol Visitor Center (CVC).
    - Worked with CVC executives, House Republicans, and Senate Rules Committee to ensure use of the CVC complied with all Congressional rules and regulations.
    - Molded the CVC mission.
    - Helped ensure more than 20 million visitors to the Capitol had a world-class experience.
    - Key role in the Exhibition Hall refresh and Capitol Dome restoration projects.
    - Approved historical rotations.
    - Collaborated with the Capitol Police (USCP) to update evacuation and safety procedures.

- Implementation, in collaboration with Speaker Nancy Pelosi's office, of the "Greening of the Capitol" initiative.
    - Oversaw $25 million dollar in spending on numerous CAO projects.
    - Developed sustainability and energy efficiency projects for more than fifty Members.
    - Key role in the U.S. Capitol Dome re-lighting project.

**Kristie E. Small**                                                                                              **Page 2**
**Professional Resume**

- Oversight of the Architect of the Capitol.
    - Capitol Power Plant cogeneration efforts.
- Development and implementation of education programs for senior level staff.
    - Classes provided Chief of Staff level employees with the opportunity to learn how to manage a staff and run a congressional office.
    - Provided education on the process of proper disciplinary procedures.
- Congressional Member Organizations (CMO) and Congressional Staff Organizations (CSO).
    - Approval and management.
    - Created an online alternative to paper files, making the process a live, online submission.

**Congressman Robert A. Brady (PA-01) - Legislative Assistant**                **November 2006 – May 2007**
- Legislative issues included Government Reform, Agriculture, Postal, and Labor Relations.
- Authored numerous pieces of legislation and letters for the Congressman.
- Provided vote recommendations and other information on the relevant bills of the day.
- Coalition building with outside organizations and other Member offices for various initiatives.
- Foremost expert in the office for constituent and other meetings on the above issues.

**Congressman Robert A. Brady (PA-01) - Scheduler/ Staff Assistant**          **February 2005 – Oct 2006**
- Maintained highly-active Member's schedule of events, meetings, and travel.
- Successfully completed high volumes of constituent correspondence responses.
- Responsible for identifying, hiring, and supervising office interns.
- Created the first PA-01 National Art Competition Contest.
- Wrote Congressional Record entries for hundreds of constituents on subjects including tributes in honor of fallen soldiers.

SKILLS

Microsoft Office Suite, Outlook, Bullhorn, Website Content Input, Typing, Writing, Management, Customer Service

EDUCATION

**Bachelor of Political Science**                                           **September 2000 – December 2004**
Concentration in English
West Virginia University, Morgantown West Virginia

OTHER RELEVANT EXPERIENCE

| | |
|---|---|
| Women's Congressional Staff Association | **2007, 2013 – Present** |
| Don Beyer for Congress – Campaign Volunteer | **April 2014 – June 2014** |
| Student Board of Governors – West Virginia University | **2003 – 2004** |
| Senator John D. Rockefeller – Intern | **July 2003 – August 2003** |

ORGANIZATIONS

- Washington Redskins Alumni Association – Decade Representative        **2013 - Present**
- Washington Redskins        **2011 – 2013**
    - In game entertainment.
- Everybody Wins!DC        **2006 – 2011**
    - Reading program for "at risk" youth from DC public school system.
- WVU Recruitment        **2006 – 2011**
- Washington Capitals        **2009 – 2011**
    - Frontline outreach for Game Entertainment Operations.
- Washington Wizards        **2008 – 2009**
    - Frontline outreach for Game Entertainment Operations.
- Capitol Movement Inc.        **2007 – 2009**
    - Building better lives through dance by fundraising to provide scholarships for underserved youth.