# Exhibit 31

Madeline E. Abadie
June 24, 2019

I offer the following notes on my own accord for the purpose of objectively sharing my experiences and interactions with Kristie Small. I served as Congressman Cuellar's executive assistant from July 2018 – May 2019 and worked with Kristie Small from July to October of 2018.

**July – October 2018**

- During my second week in Congressman Cuellar's office, Kristie made a comment to me out of the blue about Nina Andrews. She told me that there were certain things in the office that Nina should specifically stay out of, that she had a history of "overstepping" and getting too involved, and that no staffer trusts her so I should not trust her either. When this instance occurred, I was still very new, still trying to learn the office dynamics, my place in the office, and the work with the Congressman and with other staffers. When this comment was made, my interactions with Nina had been very minimal yet normal and positive.

- One day as Kristie was trying to edit/review a press release that Olya Voytovich, our press secretary, had sent to her, Kristie turned around to me and asked me about the difference between an independent and dependent clause and how to correctly use a coordinating conjunction in a sentence. I explained the difference and also how to use them properly. After hearing this, I also tried to help look over the press release before it was sent to the for final review and sent it out.

- On another occasion, the door of the middle office was open when I overheard Kristie ask Olya how the franking and the media blackout processes worked. Olya looked at her confused and paused for a second before trying to explain everything to Kristie.

- Kristie rarely arrived by 8:30am in the mornings. She usually would get in around 9:00am; sometimes even later on out of session days. During the day time, she regularly said she had coffee or lunch meetings and then would be gone for hours at a time. When she did come back to the office, she would leave again around 3:00pm – 4:00pm for the day. As time went on, the frequency of Kristie leaving for the day without notifying anyone increased.

- By September and October, she was leaving the office for the day so often that it became common knowledge to every staffer in the DC office. If someone walked in the middle office and saw Kristie's empty desk, they usually would ask me and Dave about Kristie's location, but after time everyone stopped inquiring. Instead they would glance at her desk and wouldn't even make a comment/question about Kristie, because we all knew she had most likely left for the day. We all continued to operate normally and kept doing our work as usual.

- I regularly witnessed and heard the Congressman ask Kristie to help manage the staff, to work on staff development and training, and to make more of an effort in reviewing media items or other work products before he received them. There were always mistakes/errors on materials that HC was receiving from staff for final approval, which was frustrating and time consuming. I also heard a discussion in which HC told Kristie that she needed to learn more about the legislative and policy side of the office and the job. Incidents like these occurred from the time I

started my job in mid-July and continued throughout the fall until Kristie was no longer with the office.

- I saw very little interest or involvement from her regarding learning and helping promote HC's priorities and agenda. She also infrequently participated in official events and activities. However, she was always very focused on issues involving staff retention and pay raises. On several occasions, she would start conversations, in which multiple people in the office could hear, about how unfairly we were being treated as it related to our salaries and how we all deserved raises. These conversations often happened in the middle office, which made me feel very uncomfortable and unable to focus on my work. I knew how inappropriate and unprofessional these discussions were, so I engaged as little as possible or would step out to make a call/ do work outside if I was able to. I would also notice that these conversations caused staffers to get worked up, frustrated and distracted in the middle of work days. Kristie told me and several other staffers about her intent to bring the issue directly to HC and persuade him to give us pay increases. I later learned that she proposed to HC that a select group of staff should get raises – I was not one of them even though she told me various times that a pay increase for me was inevitable both privately and in front of others.

**August 20, 2018**
- On the morning of August 20, Kristie asked me if I would share the Congressman's CODEL schedule with her. I told Kristie that I would be willing to share the itinerary with her; however, I told her that she would need to either text or email the boss for permission to share the schedule. She responded and said "Okay, that is understandable," and turned back over to her computer. A couple minutes after this conversation, she turned her chair back toward me and asked me if I could give her the Congressman's flight schedule for the day (the Congressman was traveling overseas on this day so his flight times were longer than usual). I turned my chair to her and hesitated because I was unsure why she was asking me again, when we had almost the same conversation minutes before about sharing the Congressman's travel plans. I felt uncomfortable in the situation, so my response to her probably seemed very shaky and unsure of what to say or do, but I answered her along the same lines of the conversation minutes before. I told her it would be best if she asked the Congressman because he is very private about sharing his travel plans and this is not something I am supposed to freely give out. After I told her that she would have to directly ask the Congressman for his flight times if she wished to have them, she walked to my desk and while she stood over me and said in a stern, almost-threatening tone that I should write down the exact times flight times on a sticky note. Because I was uncomfortable, put on the spot, and trying my best to handle the situation as best I could, I wrote down his flight times on the sticky note. I was conflicted and trying to respect Kristie's position in the office, but I knew what I did directly contradicted HC's wishes and my loyalty was to him. She walked back to her desk and went about her business.

- Shortly after she left the office to go visit a daycare her family was thinking of moving their daughter to, I decided to text the Congressman and simply explain what happened because I wanted him to hear what happened first from me and how uneasy I was feeling about what just happened. My intention was not to tattle tale on Kristie, but I knew it was important to notify the Congressman of the situation. I texted the Congressman and said, "Kristie has your flight info for today. I asked her to ask you first but she made me write it down. Just wanted you to know and not be caught off guard." The Congressman's response was, "No."

HC003596
EX 31 - 2

- Seconds later, the Congressman called me to learn more about the incident. I gave him a summary of what had factually happened, and he told me that Kristie should not have put me in that situation and reiterated that if anyone requests information they know is always kept private, that they must ask the him directly for permission. If Congressman granted permission and I received verbal or written confirmation from him, then I would be allowed to give he or she the specific info. The Congressman then asked to speak with both me and Kristie. Because Kristie stepped out to visit the daycare, I conferenced her in through my desk phone. The Congressman told Kristie that she put me in an uncomfortable situation and that her actions were unacceptable. Kristie responded and expressed that she did not have bad intentions when inquiring about the Congressman's travel plans but said something along the lines of how she understood. After the call ended, the Congressman called me and apologized about what had just took place between me and her and emphasized that I handled the situation the right way. He also re-iterated that staff should never contradict his wishes and if they needed certain information that I was directed to not freely give out, that they must first directly ask the Congressman. When Kristie came back from the office later in the day, she asked me why had tattle-tailed on her. I apologized and said I was just doing my job and following HC's directions. The tension in the room was uncomfortable, even for Dave at his desk, and Kristie did not say another word to me that day.

**August 21, 2018**

- The morning after the flight incident, I went to the Rayburn cafeteria to get coffee before walking up to the office and didn't get to my desk until approx. 8:45am; it was my birthday on this day, the Congressman was out of town and I had already been communicating with him and working via phone and email on this recess day. *This was the very first morning that was not in the office before or at 8:30am, as I consistently arrived around 6:00-7:00am since the day I started. Early mornings are when I am most productive and can get a lot of work done before the hectic days began, and I was trying very hard to learn everything about the office, my boss and how to do my job as best I could. When I arrived in the middle office and put my purse and coffee down on my desk, I noticed Kristie was seated at her desk. (This was the first time I had ever seen her in the office before 9:00am as she always arrived a little late, especially on recess days when the Congressman was in the district or traveling.) Immediately after I sat down and begin to log into my computer, Kristie turned her desk chair around to face me and said in a combative tone, "You are late and this is unacceptable. Are you going to tell the Congressman about this or should I?" Because our previous interactions were nothing but normal and pleasant, I was confident that this comment about my lateness was a direct consequence of the flight information incident that had occurred the day before. The rest of the morning, she did not make eye contact with me or speak to me. Although she eventually discovered it was my birthday later in the afternoon because flowers that had been delivered to me and did tell me happy birthday, our interactions were minimal to none and she spent the majority of the day in the back office with the leg. team. From this point on, I began to worry about what other repercussions might happen to me in the future. I often felt uneasy on the days where the Congressman was in the district and David Kolcun was out which left only the me and Kristie in the middle office where we worked in silence. Moreover, she began spending significant amounts of time with the rest of the team in the back office and less time at her computer. I tried my best to continue to be respectful and professional and interact with her in a normal/positive manner; however, I was always anxious that something negative might happen to me because she held a more senior position and the fact that I was very new to the office.

**September 24 & September 25, 2018**
- Kristie was unsure of her role in the leave request process and the overall process. The office policy states that the staffer requesting leave is responsible for making sure the request is moving along the proper channels. The staffer must make sure the District Director (DD) signs off and that the DD then sends to the Deputy Chief of Staff/Chief of Staff. After the DOC/COS signs off, they are responsible for directly sending to HC. The scheduler then comes into play at this step to help ensure HC signs off and then records and places on the calendar.

- Because Kristie didn't understand all of the specific aspects of this office procedure (which was somewhat understandable because there are several steps and she was new to the office) she emailed me one evening asking me if a staffer's leave was good to go to HC. I explained to her that once she signed off and sent directly to HC, I would then help make sure he approved and signed the form. After sending that message, Kristie responded back and said she had not signed off because I did not tell her if the staffer had the days and she was waiting for me. Subsequently, I explained that the staffer had already verified the days with me, and that it was not my responsibility to wait/remind Kristie to sign off and keep the process moving. I also apologized for any confusion and told her it was understandable if the process wasn't explained more clearly. Shortly after, Kristie emailed me saying, "Again that is not what happened. Nobody told me the days were approved. Next time please tell me. That's your job." My response to this was again telling her that I would be happy to go over the leave procedure that the Congressman approved in more detail with her the next day and apologized for any confusion. *This email chain can be found on a pdf that is saved for reference.

- The following morning when Kristie came into the middle office, she immediately began raising her voice and aggressively speaking to me about how poorly I was doing at my job since I was hired. Additionally, she told me that she and other staffers believed I was not being a "team player." Although I tried to reason with her and my intention was to have productive, professional conversation about the leave process to clear up any confusion, she continued insulting and criticizing me about what had happened the night before and again told me staff was unhappy with my work within the entire office. *Note: the door to the middle office was open during the entire contentious conversation. I did ask at some point if we could step out or close the door, but someone from the lobby passing by shut it eventually. Because of the open door and volume of her voice, Patrick O'Connor and several interns heard and witnessed this interaction.

**Late September 2018**
- After the flight incident and the leave procedure confrontation, a couple staffers informed me that Kristie was saying that I was "forming alliances" in the office. I also started noticing more staff in the leg. room not interacting with me as much and hoped that the rest of the team would not begin to lose trust in me because of comments made.

**September 27, 2018 – Taste of Laredo Day**
- The Congressman had an important event at the OMB on the morning of Taste of Laredo. Mick Mulvaney, who was at the time the Director of the Office of Management and Budget, invited HC to participate in an open dialogue event with him for National Hispanic Heritage Month. I drove the Congressman downtown to the OMB building and was staffing him on this morning. Even though I regularly staffed the Congressman at events like this, I was particularly excited about this event because of its significance and the fact that the Congressman had been looking

forward to it for a while, as well. Kristie was helping to bring the breakfast tacos prepared by the Palenque Grill chefs to the OMB building. After she arrived, introduced herself and barely supervised the setting up of the food, I told her there was a reserved seat for her in the front of the audience next to me. She responded by telling me she had more important things to do at the office and wasn't very interested in listening to the Congressman and Mr. Mulvaney's discussion. She then left the event to go back to the Hill.

- Later that evening in the middle of the annual Taste of Laredo event (which is very important to the Congressman and office), Kristie asked me to leave the event to drive her and her young child back to Rayburn building. (*Note: The event was nowhere close to ending; I also observed her not interacting with guests and sitting off to the side with her baby throughout the night) I told her I would not be able to drive her, because I was responsible for being close to HC and staffing him as he mingled with his guests and in case he wanted me to meet someone to connect/follow-up on anything (staffing and being on hand for HC was something I did on a daily basis and was an important aspect of my job that everyone in our office understood.) When I told her that I unfortunately couldn't leave the event and help her, she walked away and eventually found someone else (Patrick) to bring her and the baby back to Rayburn. I later learned first-hand that as Patrick drove the car into the Rayburn garage with Kristie and the baby in her lap in the front seat of the car, the Capitol Police at the entrance were concerned and inquired why the baby wasn't properly in her car seat in the back. Patrick told me that she was very aggressive and rude to the police in response, and he was worried that this might negatively affect our office in some way.

**September 28, 2018**
- The morning after Taste of Laredo, a pre-CODEL meeting was taking place for an upcoming CODEL that HC was participating in. I knew I needed to assign someone to go to get all of the last-minute info before the trip. I had asked Stacy if he could attend since I was with HC and unable, but didn't get definite response immediately. Therefore, I quickly made the decision to ask Nina to attend just in case Stacy wasn't able to/didn't get the message. I did not run this by HC or Kristie because it was a very short and routine meeting, but I also knew it was crucial someone from our office attended.

- Right before HC and I started to walk out to go to the airport, Kristie closed the door of the middle office so that only me, HC and herself were in the room. She told HC that it was not okay that Nina went to the meeting; I quickly explained how I made the call to ask Nina to go, because I wanted to be sure at least one person was there. Kristie told us that I should stop/never go to Nina for direction/guidance Nina was a bad person for me to look to and said that "Nina has always led Madeline astray." Afterwards, I told them that I didn't believe that accusation to be true and explained that although I did go to Nina for help/questions/guidance, I always made my own decisions about how to proceed in the end. I never felt influenced or pressured by Nina to act a certain way or handle a situation one way or another.

**October 16, 2018 – Kristie's last day in the office**
- On the afternoon of October 16, HC texted me and asked if I could make sure to stay at my desk for a little while and I agreed to do so. Shortly after this text, he called me on my desk line and asked if he could speak with Kristie. I didn't know the nature of the call so I handed her my desk phone and stepped out. (While on the line with HC, I did ask if he wanted to me to stay or step

out the middle office, and he said it was fine to step out so Kristie took the call at my desk and I closed the middle office door behind me as I went in the lobby.) Kristie had told me earlier in the day that she was going to have a call with the Congressman about the status of her probationary period; however, I was not privy to any further details.

- Still not sure what was exactly happening in the middle office, I told Nina about the text and the call that was taking place and she stepped out for a moment. I also was texting/calling Patrick because I wanted to make sure I wasn't alone in the office because every other staffer was gone for the day, except for Olya who was in the leg. office even though I didn't realize at that moment. Nina came back in the lobby and told me to stay close and not to leave. Patrick came back in the lobby a couple minutes later and sat down at his desk. Olya, who had been sitting in the back office, eventually came into the lobby with me and Patrick to see what was going on. Once we all realized the call was over, Olya went in the middle office first to check on Kristie. Shortly after, I walked back into the middle office and sat down at my desk and learned what had just happened on the call. Knowing Olya was still in the middle office, I stepped out of the middle office again for a second to call Nina and also spoke with Jessica Hernandez who was checking on me. At some point during this short period of time, Olya left the office to go home and I stepped back in the middle office where I was alone with Kristie. I offered to help Kristie with whatever she needed to take down to her car and tried to calm her down as she was upset. She had a pink box already packed up when I stepped back into the middle office, so I offered to put it on a dolly and walk it down with her to the car. Unbeknownst to me, the box might have contained the personnel files which we did not yet realize had been removed from the Congressman's file cabinet.

- I walked the dolly cart down with Kristie to her car. We arrived at her car and I put the box in the back of the trunk for her. Before she got in her car, she gave me a hug, which took me by surprise, but I still tried to continue to be as gracious and comforting as possible.

- Once she drove off, I brought the dolly back into Rayburn and then walked back to the office. As soon as I got back to the office, Patrick and I had an uneasy feeling about everything, especially since Kristie had been in the middle office by herself at some points. I automatically began looking through HC's side of the file cabinet because I was wanted to make sure everything in the office was still in place – most importantly HC's personal files and documents. I soon realized that all of the employee and intern personnel files were not in the drawer were they were usually kept. Nina had come back up from the Capitol Police office downstairs by this point – now Patrick, Nina and I began searching frantically together to make sure they were actually taken/not there. I had been working in the middle office almost the entire day of the 16th, besides times when stepped out to go to the restroom, so I knew Kristie couldn't have taken them out during the day and before the call without me noticing. Patrick, Nina and I were pretty confident Kristie must have taken the files out with her at some point without anyone knowing. We then called Congressman to tell him about the missing files and to figure out what we needed to do next.

- Patrick, Nina and I stayed in the office for more than an hour after Kristie had left to make sure everything was okay. We arranged for Capitol Police to deadbolt the office doors so no one could get in the office during the night time and as a precautionary measure since Kristie hadn't returned her keys and devices yet.

- Late Tuesday night, we learned Kristie would be coming up to the office to retrieve her things at 11:00am the next morning. On Wednesday morning, the Congressman asked me to draft and send an email to Kristie, which nicely explained that she needed to return the missing personnel files, her ID, keys and equipment to us when she came to collect her personal items. We also packed up all of her personal items very nicely and carefully into boxes prior to her arrival to make the process easier and quicker for everyone involved.

- She eventually arrived in the office a couple hours after 11:00am with her husband. The process of exchanging the items went fairly smoothly and quickly. She gave me her ID, devices, and the personnel files. We then helped her husband get all of the boxes with her items onto a dolly, and one staffer helped them walk the dolly cart downstairs to the car.