# Exhibit 32

In no specific order:

- Kristie was very defensive and non-responsive during the 2nd appropriations markup lunch. Deliberately ignoring any staff help until much later, leaving them waiting on the Horseshoe unnecessarily. Sat in the corner the entire time, making no effort to host members or staff. Did not attempt to help in any way.
- Offered to pick up coffee and Palenque tacos on the morning of 9.27 in the staff meeting. Refused to coordinate the pickup. Once coordinated, demanded changes due to her morning "being already planned." Attended the event, after dropping off the tacos, wanted to leave until Congressman told her I assumed she would stay.
- Before/upon starting, complained that her cell number was on the staff roster, as is every staffer's. Demanded that I never email all staff.
- Before starting went off on me for Congressman knowing her maiden name due to her email alias, which is first, easily found online, and second, was discussed freely in the office weeks later.

- Congressman had me organize 2-3 days of staff education sessions on various topics with various presenters. She was out of the office the afternoon I put it together, and when I texted or emailed it to her that evening, she was very insistent that it was not happening due to her not knowing about it.
- Took me to the grocery store to pick up cokes for appropriations 2nd lunch, and in the car verbally told me that the handbook had three months of pregnancy leave, and said "yes, I have that in writing."
- Planned a district visit tour/trip during an appropriations markup week; had Congressman and all DC staff participate in the most basic customer service session during one of the biggest/most important weeks of the legislative year.
- Had a seemingly personal conversation with me and said she wanted to get me a raise as she was planning out the budget. Then when submitting the budget, I was factored to be at the same amount.



- Approached me defensively when our new District Director had forgotten to cc our scheduler on getting something on Congressman's calendar. Told me there were "too many cooks in the kitchen" and I should not have added the schedulers.
- Spoke to Vanessa Ide very demandingly when asking for the Taste of Laredo guest list. This was the first interaction Vanessa had with her since the week before Kristie started. Attended no political events, did not liaise between official and campaign in any capacity whatsoever.
- Came to me asking about the difference between Laredo Day (Congressional in March) and Taste of Laredo (Campaign in September). Told me she wanted "nothing to do with the event in September." Wanted to secure the room for the March event.
- Told both DC and district staff to not have me cc'd on tp/cr/press, edit emails, and yet ironically would never provide edits to them.
- Never once saw or heard her edit anything aside from one paragraph



- switch in Travis' tps. All verbal reviews I heard were very quick with no thought process or actual review. Never saw a red pen visible at her desk; In contrast, Amy and I always had one handy.
- Told David Kolan she would handle his ceremony. Then only secured one room, and committee took it back at the last minute, forcing Patrick to request every possible room and David was frustrated as to why she offered in the beginning.
- Came to Taste of Laredo, but did very little actual work/hosting/ networking with stakeholders and contributors in the rooms. Had her husband bring her daughter and stood/sat at a table most of the evening.
- Requested to be driven back to the office in Congressman's car (due to the rain). Patrick drove her back to Rayburn with her daughter in her lap; when Capitol Police inquired why the child wasn't in a car seat, she was very defensive and aggressive with

her statements, enough so that Patrick was concerned about getting a complaint from the incident.
- The new scheduler called me the next morning, not knowing if staff was attending a pre-CODEL briefing, so I diverted and attended the briefing. She never spoke to this scheduler, yet went to Congressman and told him I was not at work, and she had seen me drinking wine at the event the night before.
- Before flying out that afternoon, she told Madeline Scheduler with Congressman that I was not a good person to go to for direction. Congressman felt differently due to other previous situations, and Madeline explained in the car that she would otherwise have less recourse without being able to consult with me.
- Accused Ilya and me of overriding her duties after Colin returned a missed call when she presented a very outdated media budget without reviewing/verifying.

- Had issues with Congressman wanting her to use the office job posting account correctly. Established her own, and was upset when it was sent from the correct account.
- After Jessica directed me not to speak to Francis after following up on a mail issue, Kristie responded shortly on another matter and did not allow communication between Jessica and Zack, creating challenging communication for everyone.
- Actively pushed me out of being involved in grants repeatedly. Refused to allow me to attend meetings I had set up, and had admin block me from access to Juan's emails. Yet still demanded I create tracking documents for grants & had little access to reference information on.
- Convinced admin I had ill intentions with admin account rights, which I had for over two years, due to a small oversight she could have easily verified.
- Was very upset when I referred important, valuable resume candidates to Congressman. Both with notable experience, Congressman chose to take on.

- Consistently came in after 9:30am.
- Once I recall seeing her arrive before 8am. Both another staffer and me were very surprised.
- Typically would take 1-2hr. lunches or coffees, sometimes never returned.
- Congressman requested twice in a full staff meeting that she bring a pen and notebook, after I had already told her on day one to make that a habit as it is expected.
- Was extremely aggressive with district staff upon missing a letter from the Governor of Texas. Snapped at district staff and told them "we don't take lunch here; we work." while in the office with Congressman and with district staff on the phone.
- On her first day, went through Congressman's desk papers and confronted him about receipts I had compiled at his request to review without discussing or even asking me.
- All staff was present when she came with her husband to retrieve her personal items. No photo was taken in front of the door, so she would have had to come back



at some point to take that photo. Along with reloading a flat truck with boxes.
- Only one staffer accompanied her and her husband to the car. Once the car was loaded, the staffer came upstairs. Presumably they drove to another area of the garage to take pictures of her "loading" the vehicle alone.
- On the email requesting to visit with Congressman, the request was to discuss maternity leave, yet in the conversation, maternity leave was never brought up or addressed.
- Came to me and asked if I had ever been subject to a probationary period. I explained that I had a 30-day period when I started in 2007, after which my title changed from Scheduler to Executive Assistant. I also explained that I signed a form acknowledging that Congressman had the right to request my student loans be owed back if I left before one year, should he so choose. As I was very close to one year, he graciously did not exercise that right.

- I listened at the door for mostly half of the conversation Congressman had with Kristie. She never refered to her pregnancy, yet kept repeating "you just don't like me."
- I checked in with Olya to see if she would stay for a bit, and luckily Jessica, District Director had asked her already. I told Madeline to go back into the office as soon as they hung up. The conversation took place at Madeline's desk, which is why she excused herself. I told Patrick not to leave. I went down to Capitol Police to explain the situation; by the time I finished meeting with the Sergeant on duty, Olya was walking out. Once I got back to the office, Patrick and Madeline said that she had left with both devices, her key and ID and a pink, black and white box. I had called Jan on the way downstairs, and he was aware already. I called to update him that she had left with her devices. Patrick, Madeline and I kept working for an hour or so, then we all left together and I had police lock the door so that

no one could get in. The next morning I had to arrive first and sign off on the door being opened.

- Would not allow me to complete inventory reconciliation, and laughed at Dean and Patrick when they gave her language given to our office by the CAO.

- Proactively told myself and two other staffers not to respond to someone from the City of Laredo because "they were too needy and she wanted to teach them a lesson." When I responded out of courtesy (yet still did not share information, as she requested we not), she accused me of disobeying orders. I explained that I did not share information, I merely responded.

HC003613
EX 32 - 10

6.3.19
* In hindsight, I strongly believe Kristie brought Kadence, her daughter to Taste of Laredo deliberately to incite Congressman to confront her or at least comment on her lack of participation/work/hosting/networking. She was deliberately sitting in the corner the entire evening and had her husband deliberately drop her off at the event, claiming that he had another event, yet clearly he had time to go pick up the baby, dress her and bring her. She was already on her additional 30-day probation at that point. Multiple people asked who she was and didn't really want to meet her because she seemed too occupied.