# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTIE SMALL, | Case No. 1:19-cv-01314-TNM |
| Plaintiff, | |
| v. | |
| OFFICE OF CONGRESSMAN HENRY CUELLAR, | |
| Defendant. | August 17, 2021 |

## JOINT STIPULATION OF DISMISSAL

Plaintiff KRISTIE SMALL and Defendant OFFICE OF CONGRESSMAN HENRY CUELLAR, by their respective attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of the above-captioned matter, in its entirety and with prejudice. The parties expressly waive their rights to appeal. Each party shall bear her/its own costs and fees.

Respectfully submitted,

| /s/ Sara McDonough | /s/ Trevor S. Blake II |
|---|---|
| Alan Lescht [441691] | Mark Stewart Hayes [976878] |
| Sara McDonough [1022641] | Ann R. Rogers [441622] |
| Tamara L. Slater [1616337] | Russell H. Gore [449231] |
| ALAN LESCHT AND ASSOCIATES, P.C. | Trevor St. George Blake II [974319] |
| 1825 K Street NW, Suite 750 | U.S. House of Representatives |
| Washington, DC 20006 | Office of House Employment Counsel |
| Tel (202) 463-6036 | 4300 O'Neill House Office Building |
| Fax (202) 463-6067 | Washington, DC 20515 |
| alan.lescht@leschtlaw.com | Tel (202) 225-7075 |
| sara.mcdonough@leschtlaw.com | mark.hayes@mail.house.gov |
| tamara.slater@leschtlaw.com | ann.rogers@mail.house.gov |
| *Counsel for Plaintiff* | russell.gore@mail.house.gov |
| | trevor.blake@mail.house.gov |
| | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2021, I filed a copy of the foregoing *via* the Court's electronic filing system, which will serve notice on:

Ann R. Rogers
Russell H. Gore
Mark Stewart Hayes
Trevor St. George Blake II
U.S. House of Representatives
Office of House Employment Counsel
4300 O'Neill House Office Building
Washington, DC 20515
Tel (202) 225-7075
Ann.Rogers@mail.house.gov
Russell.Gore@mail.house.gov
Mark.Hayes@mail.house.gov
Trevor.Blake@mail.house.gov
*Counsel for Defendant*

                                          /s/
                                   Sara McDonough [1022641]
                                   ALAN LESCHT AND ASSOCIATES, P.C.
                                   1825 K Street NW, Suite 750
                                   Washington, DC 20006
                                   Tel (202) 463-6036
                                   Fax (202) 463-6067
                                   sara.mcdonough@leschtlaw.com
                                   *Counsel for Plaintiff*